UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    } CHAPTER 7
                                                          }
CURTIS PARKER,                                            } CASE NO: 25-61216-bem
                                                          }
        Debtor.                                           }

**CERTIFICATE OF CONSENT TO WITHDRAWAL**

I, Curtis Parker, the debtor in the above-styled Chapter 7 bankruptcy case, hereby acknowledge and consent to the withdrawal of Karmel Davis as my legal counsel of record in this matter.

I understand and acknowledge the following:

1. That I have discussed the withdrawal with my attorney and have had an opportunity to ask questions about the implications of this withdrawal;

2. That upon entry of the Court's order granting the Consent Motion to Withdraw as Counsel, Karmel Davis will no longer represent me in any capacity in this case;

3. That I will be responsible for representing myself (pro se) in all further matters before this Court unless and until I retain new counsel;

4. That I am responsible for all pending and future hearings, pleadings, and deadlines in my bankruptcy case, including but not limited to:

The Motion for Relief from Stay filed by:

**Matthew Franklin Totten**
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338
404-692-4342
mft@tottenfirm.com

on behalf of 2017-1 IH Borrower LP, scheduled for December 3, 2025, at 10:15 AM in Courtroom 1402; Richard B. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303; Bankruptcy Clerk Telephone: (404) 215-1000 and

My pro-se Motion for Sanctions for Violation of the Automatic Stay, which I will be responsible for litigating on my own behalf; and

5. That all future notices, pleadings, and correspondence related to my bankruptcy case shall be sent directly to me at the address and email address provided below.

6. That the Bankruptcy Court retains jurisdiction of the matters;

7.If the attorney's withdrawal is permitted: (1) The Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the Debtor is a party and (B) the Debtor's current name, telephone number, mailing address, and e-mail address, and that the statement must be amended promptly if the Debtor's name, telephone number, mailing address, or e-mail address changes; (2) The Debtor will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so; (3) The failure or refusal of the Debtor to meet these obligations may result in adverse consequences; (4) Service of notices, pleadings, and other papers may be made upon the Debtor at the Debtor's last known address.

Debtor's Contact Information:

**Curtis Parker**
1149 Autumn Glen Way
Dacula, GA 30019

Debtor's Signature: /s/_____
Date:  _11/11/2025_____

**Attorney's Acknowledgment:**

I, Karmel Davis hereby confirm that I have discussed the terms and implications of this withdrawal with the Debtor and that the Debtor has voluntarily consented to my withdrawal as counsel.

Attorney's Signature: _/s/_____
Date:  _11.12.2025_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 7 |
| | } | |
| CURTIS PARKER, | } | CASE NO: 25-61216-bem |
| | } | |
| Debtor. | } | |

CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of November 2025 I electronically filed the foregoing Certificate of Consent to Withdrawal with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.

Kyle A. Cooper
Kyle A. Cooper Trustee
kylecoopertrustee@gmail.com

Matthew Franklin Totten
The Totten Firm, LLC
mft@tottenfirm.com

U.S. TRUSTEE
ustpregion21.at.ecf@usdoj.gov

    I further certify that I have this day served a true and correct copy of the Certificate of Consent to Withdrawal by U.S. mail, postage prepaid, to all parties below:

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

    Respectfully submitted on the 12th day of November 2025.

                                             Karmel S. Davis & Associates
                                             By: /s/Karmel S. Davis
                                             Karmel Sunzette Davis
                                             Attorney for the Debtor
                                             Bar No. 007707
                                             P.O. Box 5488
                                             Douglasville, Georgia 30154
                                             Tel: (678) 715-0967
                                             Fax: (678) 715-0987