

Karmel Davis <info@karmeldavislaw.com>

---

## Notice of Intent to Withdraw as Counsel

Karmel Davis <info@karmeldavislaw.com>                                    Wed, Nov 12, 2025 at 1:42 PM
Draft To: Curtis Parker <curtis.parker1776@gmail.com>

On Tue, Nov 11, 2025 at 1:31 AM Karmel Davis <info@karmeldavislaw.com> wrote:

Mr. Parker:

Please be advised that this office intends to file a Motion to Withdraw as Counsel in your Chapter 7 bankruptcy case fourteen (14) days from the date of this letter.

This action is being taken because there has been a breakdown in communication and/or you have begun filing motions and pleadings directly with the Court without consulting this office, which indicates you wish to proceed on your own. Under these circumstances, it is no longer appropriate or possible for this office to continue representing you.

You have the right to:

1. Obtain new counsel to represent you in your bankruptcy case; or

2. Represent yourself (pro se) if you choose not to hire another attorney.

If you do not secure new counsel within ten (10) days of the date of this notice, this office will proceed with filing a Motion to Withdraw as Counsel with the Bankruptcy Court. Once the Court enters an order granting the withdrawal, you will be solely responsible for:

Receiving all notices and pleadings directly from the Court and other parties;

Complying with all filing deadlines and hearings; and

Representing yourself in all future matters related to your bankruptcy case.

Please note per our telephone conversation. a Motion for Relief from Stay filed by Matthew Franklin Totten on behalf of 2017-1 IH Borrower LP, is scheduled for hearing on December 3, 2025, at 10:15 AM in Courtroom 1402. If you do not secure new counsel before that date, you will be responsible for attending the hearing and handling all related matters yourself.

Please contact this office immediately if you wish to discuss this matter further or to make other arrangements regarding your representation.

Respectfully,

Karmel Sunzette Davis, BS., JD., LLM
Attorney/Realtor/Georgia Mediator
Karmel S. Davis & Associates
3379 Hwy 5 Ste A
Douglasville, GA 30135
Tel: (678) 715-0967
Fax: (678) 715-0987

www.karmeldavislaw.com

Pre and Post Filing Courses
www.moneysharp.org