

Karmel Davis <info@karmeldavislaw.com>

## Notice of Intent to Withdraw as Counsel

**Curtis Parker** <curtis.parker1776@gmail.com>  Tue, Nov 11, 2025 at 7:43 AM
To: Karmel Davis <info@karmeldavislaw.com>

Ms. Davis,
I understand and consent to your withdrawal regarding that stay being lifted and me filing the motion in opposition of the stay being lifted.

Thanks
Sent from my iPhone

> On Nov 11, 2025, at 7:00 AM, Karmel Davis <info@karmeldavislaw.com> wrote:
>
> [Quoted text hidden]