

**IT IS ORDERED as set forth below:**

**Date: November 17, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v. | Contested Matter |
| INVITATION HOMES, LLC, | |
| Respondent. | |

## ORDER AND NOTICE OF PRELIMINAY HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a preliminary hearing on Debtor's *Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay* [Doc. 11] shall be held on **December 3, 2025, at 10:15 AM, COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER

DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. The hearing must be attended in person unless the Court orders otherwise.

**END OF ORDER**

## Distribution List

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338