

GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH RESULTS**

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| Invitation Homes 7 Georgia LP (/businesssearch/BusinessInformation?businessId=4357387&businessType=Foreign%20Limited%20Partnership&fromSearch=True) | 24199419 | Foreign Limited Partnership | 5420 LBJ Freeway, Suite 600, Dallas, TX, 75240, USA | Corporation Service Company | Active/Compliance |
| Invitation Homes 7 LP (/businesssearch/BusinessInformation?businessId=3984682&businessType=Foreign%20Limited%20Partnership&fromSearch=True) | 23133199 | Foreign Limited Partnership | 5420 LBJ Freeway, Suite 600, DALLAS, TX, 75240, USA | Corporation Service Company | Active/Compliance |
| Invitation Homes Realty Inc (/businesssearch/BusinessInformation?businessId=1808195&fromSearch=True) | 13398323 | | , | | |
| Invitation Homes Realty Inc (/businesssearch/BusinessInformation?businessId=2611760&businessType=Foreign%20Profit%20Corporation&fromSearch=True) | 18117418 | Foreign Profit Corporation | 1717 Main Street Suite 2000, Dallas, TX, 75201, USA | CORPORATION SERVICE COMPANY | Withdrawn |
| Invitation Homes Realty LLC (/businesssearch/BusinessInformation?businessId=1808195&businessType=Foreign%20Limited%20Liability%20Company&fromSearch=True) | 13398323 | Foreign Limited Liability Company | 5420 LBJ Freeway, Suite 600, Dallas, TX, 75240, USA | Corporation Service Company | Active/Compliance |
| THR BROKERAGE GA, INC. (/businesssearch/BusinessInformation?businessId=1808195&fromSearch=True) | 13398323 | | , | | |

Page 1 of 1, records 1 to 6 of 6

Back