**IT IS ORDERED as set forth below:**



**Date: December 9, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CURTIS PARKER ) | |
| ) | |
| Debtor(s). ) | |
| ) | CASE NO. 25-61216-bem |
| ) | CHAPTER 7 |
| ) | |
| 2017-1 IH Borrower LP, ) | Judge Barbara Ellis-Monro |
| ) | |
| Movant. ) | |
| ) | CONTESTED MATTER |
| V. ) | |
| ) | |
| Curtis Parker, Debtor(s), Kyle A. Cooper, ) | |
| Trustee ) | |
| Respondents. ) | |
| ) | |
| ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On October 23, 2025, 2017-1 IH Borrower LP (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 9) (the "Motion"). The Motion concerns rented real property known as 1149 Autumn Glen Way, Dacula GA 30019 (the "Property"). A hearing on

1

said Motion was heard on December 3, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee. At said hearing, Debtor appeared *pro se* and argued against the relief sought within the Motion, with no opposition to the Motion announced by the Trustee.

The Court, having considered the Motion, oral arguments by the parties, and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338

[No Debtor Counsel of Record]

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022
Chapter 7 Trustee

Curtis Parker, *Pro Se* Debtor
1149 Autumn Glen Way
Dacula GA 30019