# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>Debtor.<br><br>CURTIS PARKER,<br><br>Movant,<br><br>v.<br><br>2017-1 IH Borrower, LP<br><br>Respondent. | CIVIL ACTION FILE NO.<br>25-61216-BEM<br><br>Chapter 7<br><br>Contested Matter |

## NOTICE OF SETTLEMENT, DEBTOR'S MOTIONS AGAINST RESPONDENT

NOTICE IS HEREBY GIVEN that the parties to the instant action have entered into a settlement resolving all claims pending against Respondent in this matter. See Doc. No. 21, 22, 23. Movant hereby respectfully requests that this Court administratively close the foregoing referenced motions pending the parties filing the necessary documentation, pursuant to the terms of the settlement, to finally dispose of the foregoing motions.

This 29th day of December, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>5579 Chamblee-Dunwoody Rd<br>Ste B-136<br>Atlanta, GA 30338<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com (E-mail) | /s/ Matthew F. Totten___<br>Matthew F. Totten<br>Georgia Bar No. 798589<br>Attorney for Plaintiff |
| 1149 Autumn Glen Way<br>Dacula, GA 30019<br>curtis.parker1776@gmail.com (E-mail) | __/s/ Curtis Parker (by exp perm, settlement)__<br>Curtis Parker, *pro se* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of December, 2025, served the within and foregoing **NOTICE OF SETTLEMENT, DEBTOR'S MOTIONS AGAINST RESPONDENT** by statutory electronic service and/or placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

    Curtis Parker, *PRO SE*
    1149 Autumn Glen Way
    Dacula, GA 30019
    curtis.parker1776@gmail.com (E-mail)

Respectfully submitted,

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 5579 Chamblee-Dunwoody Rd | Matthew F. Totten |
| Ste B-136 | Georgia Bar No. 798589 |
| Atlanta, GA 30338 | Attorney for Plaintiff |
| (404) 692-4342 (Telephone) | |
| mft@tottenfirm.com (E-mail) | |