Certificate Number: 13858-GAN-DE-040461227

Bankruptcy Case Number: 25-61216



13858-GAN-DE-040461227

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2025, at 5:05 o'clock PM EST, Curtis Parker completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: January 1, 2026

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor