UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JAN -6  AM 1: 21

VANIA S. ALLEN
CLERK
BY:_____ NS
DEPUTY CLERK

CURTIS PARKER, Debtor.

V.

2017-1 IH Borrower LP's ("IH")

Chapter 7 Case No. 25-61216-bem

### MOTION TO DISMISS BASED ON SETTLEMENT

COMES NOW the Plaintiff, Curtis Parker respectfully moves this Court to dismiss the above-captioned action in its entirety **with prejudice**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [or applicable rule], on the grounds that the parties have reached a full and final settlement resolving all claims and issues in this matter.

In support thereof, the movant states as follows:

1. The parties have engaged in good-faith negotiations and have reached a mutually agreed-upon settlement resolving all claims asserted in this action.
2. The settlement fully resolves the disputes giving rise to this case and renders further litigation unnecessary.
3. The parties have agreed that dismissal of this action with prejudice is appropriate.
4. No party will be prejudiced by dismissal, and judicial economy will be served by terminating this matter.
5. The terms of the settlement are confidential and need not be disclosed to the Court.

Accordingly, the movant respectfully requests that the Court enter an Order dismissing this action **with prejudice**, with each party to bear its own costs and fees, unless otherwise agreed.

Respectfully submitted,

January 6, 2026

/s/ Curtis Parker

Pro Se Plaintiff

1149 Autumn Glen Way

Dacula, GA 30019

(770) 369-6521

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Motion To Dismiss due to Settlement

by way of regular U.S. Mail and Email to the following party of record:

Matthew F. Totten
Email: mft@tottenfirm.com
Georgia Bar No. 798589
The Totten Law Firm, LLC
5579 Chamblee-Dunwoody Road, Suite B-136
Atlanta, Georgia 30338
Attorney of records for Invitation Homes

On January 6, 2026.

Curtis Parker
*Pro Se* Plaintiff
1149 Autumn Glen Way
Dacula, GA 30019