# THE TOTTEN FIRM

### REAL ESTATE ATTORNEYS

2090 Dunwoody Club Dr, Ste 106-33, Atlanta, GA 30350

Matthew F.Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

December 29, 2025

**VIA UPS (#1ZK056E90234680591) AND POSTING**

Curtis Parker, all others
1149 Autumn Glen Way
Dacula, GA 30019

RE:  Termination of Lease and Demand for Possession of 1149 Autumn Glen Way, hereinafter, the "Premises"

Dear Occupants:

Please be advised that this firm has been retained to represent **2017-1 IH Borrower LP** ("Landlord") regarding the Premises.

As you are aware, under the terms of the Lease for the Premises, your Lease specifically limits who may occupy the Premises as a tenant. See Lease, Sec. 2, 2.1. Only those persons identified within the Lease are authorized to reside at the Premises, and any person not specifically identified in the Lease who desire to reside therein must apply and notify Landlord. Id. Subletting or assignment of the Premises for others to reside therein is expressly barred under the Lease and serves as additional basis for default and termination of the Lease. Lease, Sec. 8. Notably, the prohibition against subletting the Premises is inclusive of any short-term rental of the Premises.

Any breach of the foregoing provisions authorizes Landlord to default and terminate you under the terms of the Lease for the Premises. See e.g. Lease, Sec. 12, 18.

As you know, you impermissibly – and without authorization – sublet and/or used the Premises as a short-term rental, as evidenced by your public history on a prominent short-term rental platform, AirBnB. See attachments included hereto.

Based on the foregoing, you are in default of the lease for the Premises. In light of the foregoing default, the Landlord herein elects to terminate your lease for the Premises. The Landlord resultingly demands immediate possession of the Property.

Please contact your Landlord to return your keys and schedule a move-out inspection. Should you fail to vacate the Premises, the Landlord will pursue all rights and remedies it may have under Georgia law,

including filing for an eviction against you as a tenant at sufferance.

The foregoing is not intended to be an exhaustive recitation of the entirety of your breaches of the Lease for the Premises, but instead is merely illustrative of one express basis to terminate the Lease for the Premises. Nothing in this letter shall be deemed a waiver of any of Landlord's rights or remedies under the Lease or Georgia law.


Sincerely,

THE TOTTEN FIRM, LLC

Matthew F. Totten, Esq.



Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 4 of 12

  Anywhere    Any week    Add guests    

#  Parks

Share    Save











Show all photos

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb | https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 5 of 12

# Entire home in Dacula, Georgia

6 guests · 3 bedrooms · 3 beds · 2 baths



| | | | |
|---|---|---|---|
| **Guest favorite** | One of the most loved homes on Airbnb, according to guests | **4.88** ★★★★★ | **41** Reviews |



**Hosted by Curtis**
9 months hosting

🚪 **Self check-in**
Check yourself in with the keypad.

🏠 **Extra spacious**
Guests love this home's spaciousness for a comfortable stay.

📍 **Peace and quiet**
Guests say this home is in a quiet area.

Some info has been automatically translated. **Show original**

Relax with the whole family at this peaceful place to stay.



### Add dates for prices

| CHECK-IN | CHECKOUT |
|---|---|
| Add date | Add date |

| GUESTS | |
|---|---|
| 1 guest | ⌄ |

**Check availability**

🏳 **Report this listing**

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb          https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem     Doc 39-8     Filed 01/16/26     Entered 01/16/26 17:25:21     Desc
Exhibit H     Default and Termination Letter to Debtor     Page 6 of 12

## Where you'll sleep

1 / 2   





**Bedroom 1**
1 king bed

**Bedroom 2**
1 queen bed

---

## What this place offers

🍴 Kitchen

📶 Wifi

🚗 Free parking on premises

🐾 Pets allowed

📺 TV

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb
https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 7 of 12

Washer

Free dryer

Air conditioning

Indoor fireplace

Exterior security cameras on property

**Show all 21 amenities**

## Select check-in date

Add your travel dates for exact pricing

| December 2025 | | | | | | | January 2026 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|  | 1 | 2 | 3 | 4 | 5 | 6 |  |  |  |  | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 |  |  |  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |



Clear dates



# 4.88

## Guest favorite

This home is a guest favorite based on
ratings, reviews, and reliability

| Overall rating | Cleanliness | Accuracy | Check-in | Communication | Location | Value |
|---|---|---|---|---|---|---|
| 5 | 4.8 | 4.9 | 5.0 | 4.9 | 5.0 | 4.8 |
| 4 | | | | | | |
| 3 | | | | | | |
| 2 | | | | | | |
| 1 | | | | | | |

---

 **Tram**
4 years on Airbnb

★★★★★ · **1 day ago** · Group trip

Great stay! The place was very clean, comfortable, and

 **Shaneika**
Grovetown, Georgia

★★★★★ · **2 weeks ago** · Stayed one night

This home was a great fit for my close friends and I. It

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 9 of 12

exactly as described. The host was friendly and responsive. Would definitely stay again.

was peaceful, pleasant, and beautiful. We felt safe and comfortable for our one night stay.

 **Jodie**
Hoschton, Georgia

★★★★★ · 4 weeks ago · Stayed a few nights

This home was perfect and Curtis was very responsive. It was near everything including shopping, I-85, Mall of Georgia, restaurants, etc. The house was spotless an...

Show more

 **Sharon**
Taylors, South Carolina

★★★★★ · 1 week ago · Stayed one night

Great space for a girlfriend weekend getaway. Extremely clean and spacious. Highly recommend, we would stay there again.

 **Cortney**
Chapin, South Carolina

★★★★★ · 3 weeks ago · Group trip

Sweet house in a quiet established neighborhood. We appreciated that there were plenty of bathroom linens and hot water. The huge tv was a hit with our teens. A...

Show more

 **Kimberly**
Greenville, South Carolina

★★★★☆ · November 2025 · Stayed with a pet

Very spacious home in nice neighborhood. Great fenced yard for pets. It is listed as no essentials and that is the case. Also, no extra linens, pillows, blankets...

Show more

Show all 41 reviews          How reviews work

## Where you'll be

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 10 of 12

Dacula, Georgia, United States

## Meet your host

## Host details

C

**Curtis**
Host

**41**
Reviews

**4.88** ★
Rating

**9**
Months hosting

Response rate: 100%
Responds within an hour

**Message host**

 To help protect your payment, always use Airbnb to send money and communicate with hosts.

## Things to know



**Cancellation policy**
Add your trip dates to get the cancellation details for this stay.
Add dates



**House rules**
Check-in after 3:00 PM
Checkout before 11:00 AM
6 guests maximum
Learn more



**Safety & property**
Exterior security cameras on property
Carbon monoxide alarm
Smoke alarm
Learn more

Airbnb  ›  United States  ›  Georgia  ›  Gwinnett County

Case 25-61216-bem    Doc 39-8    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit H    Default and Termination Letter to Debtor    Page 12 of 12

**Support**

Help Center

Get help with a safety issue

AirCover

Travel insurance

Anti-discrimination

Disability support

Cancellation options

Report neighborhood concern

**Hosting**

Airbnb your home

Airbnb your experience

Airbnb your service

AirCover for Hosts

Hosting resources

Community forum

Hosting responsibly

Airbnb-friendly apartments

Join a free Hosting class

Find a co-host

Refer a host

**Airbnb**

2025 Summer Release

Newsroom

Careers

Investors

Gift cards

Airbnb.org emergency stays

© 2025 Airbnb, Inc.  ·  Privacy  ·  Terms  ·  Your Privacy Choices      English (US)    $ USD