**Matthew Totten**

| | |
|---|---|
| **From:** | Matthew Totten |
| **Sent:** | Saturday, January 10, 2026 11:20 AM |
| **To:** | 'Curtis Parker' |
| **Subject:** | RE: Voice mail to Curtis Parker |
| **Attachments:** | Re: Voice mail to Curtis Parker; Re: 25-61216-bem Notice (BK); AIRBNB Parks - Houses for Rent in Dacula, Georgia - Airbnb.pdf; Re: 25-61216-bem Notice (BK) |

Mr. Parker –

Your statements and recitation in the below email are baseless and unfounded – resultingly, any of your threatened action would be defamatory and malicious abuse of process, at a minimum.

Particularly, within the settlement terms it was agreed that my client would "account and remit" a certain amount. An "accounting" is defined as a "statement by which someone seeks to describe or explain an event", including a "detailed statement of the debits and credits between parties to a contract." ACCOUNT, Black's Law Dictionary (12th ed. 2024). My client has accomplished exactly that in crediting the ledger provided as to post-petition sums accruing due to your continued occupancy of the subject real property in the agreed amount. My client similarly timely remitted – transmitted, as defined within Black's Law – the statement applying the agreed upon sum to you, as you acknowledge in your threatening email. There unequivocally is no ambiguity here.

My client expressly did not address whatsoever or waive any of the post-petition sums owed to it within the settlement – I have attached it again hereto as a reference. Resultingly, based upon the agreed settlement terms, my client has fully performed its to-date obligations within the settlement.

Moreover, in light of your express acknowledgment in writing – which was previously verified independently via AirBnB as reflected in the attached – you admittedly were in violation of several of the lease provisions prohibiting subletting of the property as an income-producing short term rental (until December 30th, when you admittedly ceased such operations), which was also an express violation of the HOA bylaws and resulted in fines being assessed by the HOA against my client.

I will not go through and correct your numerous misstatements of fact in your email, but at no point did I "request[] the address by which to remit the funds" – I simply asked for you to confirm your forwarding address. See attached.

To the extent that you do elect to frivolously move forward with any threatened motion to enforce the agreed-upon and performed (at least by my client to-date) settlement, my client intends to enforce the settlement provisions and seek recovery of its attorney's fees against you in doing so, as contemplated within the settlement.

My client may also elect to consider your filing of such a frivolous motion – should you elect to pursue such baseless action on Monday, as threatened - as an anticipatory breach of the settlement by you, namely you refusing to vacate the subject property by 1/30/26. In either event, my client would be well-founded in seeking its attorney's fees incurred in any dispossessory proceeding filed, as authorized by the order entered modifying the automatic stay, in similarly enforcing the settlement agreement.

Govern yourself accordingly.



**Matthew F. Totten**
*Managing Attorney*

Phone (404) 692-4342    Email mft@tottenfirm.com
Mailing Address 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA
30338
Web http://www.tottenfirm.com



**Notice**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by the telephone number listed above and delete this message and all copies and backups thereof. Thank you.

**From:** Curtis Parker <curtis.parker1776@gmail.com>
**Sent:** Saturday, January 10, 2026 8:14 AM
**To:** Matthew Totten <mft@tottenfirm.com>
**Subject:** Re: Voice mail to Curtis Parker

**External Sender** - From: (Curtis Parker
<curtis.parker1776@gmail.com>)
This message came from outside your organization.

Learn More

Mr. Totten,

I am in receipt of your email and the attached ledger.

You and your client's unilateral decision to apply the agreed-upon $7,000.00 settlement payment as a "credit" toward an alleged rental balance constitutes a material breach of the settlement agreement.

There is **nothing in the settlement terms**—express or implied—that authorizes Invitation Homes or 2017-1 IH Borrower LP to apply the settlement funds to any balance, ledger, or accounting. The agreement plainly states that your client "shall account and remit $7,000.00 to Parker" within ten business days. "Remit" does not mean internally offset, recharacterize, or condition payment on disputed accounting entries. You and your client requested the address by which to remit the funds as agreed,

The settlement, read as a whole, gives the clear and reasonable impression that the matter was being **resolved**, not converted into a unilateral accounting maneuver to your client's benefit after acceptance. Any ambiguity would be construed against the drafter—your client.

Critically, I relied on this agreement to my detriment. In good faith compliance with the settlement, I provided a Motion to Dismiss to the Bankruptcy Court after being requested to do so by yourself **before any funds were disbursed**, relinquishing active claims and leverage in reliance on your client's performance. Your client's post-acceptance conduct undermines the very basis of that reliance. I would ask that you review and consider this action as being cause for a Georgia Bar complaint.

We consider this action treacherous and a breach of contract. **As a result, your client's conduct voids the agreed-upon contract unless immediately cured. If not cured before motions are filed the new settlement amount is $25,000**

Unless the $7,000.00 settlement payment is promptly remitted to me as agreed—separate and apart from any internal ledger, offset, or accounting manipulation—I will proceed accordingly. This includes, but is not limited to:

**Matthew Totten**

| | |
|---|---|
| **From:** | Curtis Parker <curtis.parker1776@gmail.com> |
| **Sent:** | Monday, December 29, 2025 5:09 PM |
| **To:** | Matthew Totten |
| **Subject:** | Re: Voice mail to Curtis Parker |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**External Sender** - From: (Curtis Parker <curtis.parker1776@gmail.com>)
This message came from outside your organization.

Learn More

Good evening Mr. Totten,

After careful review, I accept the counter offer from
your client, Invitation Homes. I have also reviewed the attached document to be filed with the court and
am approving.

Thank you for your prompt attention to this matter.

Regards,

Curtis Parker.

On Monday, December 29, 2025, Matthew Totten <mft@tottenfirm.com> wrote:

FOR PURPOSES OF SETTLEMENT AND COMPROMISE

Mr. Parker –

Thank you again for breaking out your assertions with particularity to clarify the ask on your settlement
offer.

My client counteroffers your settlement terms as follows:

**Matthew Totten**

| | |
|---|---|
| **From:** | Curtis Parker <curtis.parker1776@gmail.com> |
| **Sent:** | Wednesday, December 31, 2025 11:50 AM |
| **To:** | Matthew Totten |
| **Subject:** | Re: 25-61216-bem Notice (BK) |

**External Sender** - From: (Curtis Parker
<curtis.parker1776@gmail.com>)
This message came from outside your organization.

Learn More

Hello Mr Totten,
I wanted to make you aware the house is no longer listed on Airbnb effective yesterday. I was also wanting to request the funds be direct deposited into my account due to the mail is being forwarded. Please advise what account information is needed.
Thanks

Sent from my iPhone

On Dec 29, 2025, at 5:38 PM, Matthew Totten <mft@tottenfirm.com> wrote:

Mr. Parker –

See attached notice filed with the bankruptcy court, as filed.

Thanks

<image001.png>

**Matthew F. Totten**
*Managing Attorney*

**Phone** (404) 692-4342    **Email** mft@tottenfirm.com
**Mailing Address** 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338
**Web** http://www.tottenfirm.com

<image002.png>

**Notice**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by the telephone number listed above and delete this message and all copies and backups thereof. Thank you.

**From:** no-reply-notices@ganb.uscourts.gov <no-reply-notices@ganb.uscourts.gov>
**Sent:** Monday, December 29, 2025 5:36 PM
**To:** CourtMail@ganb.uscourts.gov
**Subject:** 25-61216-bem Notice (BK)

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem     Doc 39-11     Filed 01/16/26     Entered 01/16/26 17:25:21     Desc
Exhibit K     Jan 10 Response to Debtor breach assertions     Page 5 of 16

  Anywhere     Any week     Add guests 

 Parks

Share     Save







Show all photos

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb          https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 6 of 16

# Entire home in Dacula, Georgia

6 guests · 3 bedrooms · 3 beds · 2 baths



**Guest favorite**    One of the most loved homes on Airbnb, according to guests    **4.88** ★★★★★    **41** Reviews



**Hosted by Curtis**
9 months hosting

---

🚪 **Self check-in**
Check yourself in with the keypad.

🏠 **Extra spacious**
Guests love this home's spaciousness for a comfortable stay.

📍 **Peace and quiet**
Guests say this home is in a quiet area.

---

Some info has been automatically translated. **Show original**

Relax with the whole family at this peaceful place to stay.

---



### Add dates for prices

| CHECK-IN | CHECKOUT |
|---|---|
| Add date | Add date |

**GUESTS**
1 guest    ⌄

**Check availability**

🚩 <u>Report this listing</u>

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 7 of 16

## Where you'll sleep

1 / 2     



**Bedroom 1**
1 king bed



**Bedroom 2**
1 queen bed

## What this place offers

Kitchen

Wifi

Free parking on premises

Pets allowed

 TV

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem Doc 39-11 Filed 01/16/26 Entered 01/16/26 17:25:21 Desc
Exhibit K Jan 10 Response to Debtor breach assertions Page 8 of 16

Washer

Free dryer

Air conditioning

Indoor fireplace

Exterior security cameras on property

**Show all 21 amenities**

## Select check-in date

Add your travel dates for exact pricing

| December 2025 | | | | | | | | January 2026 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|  | 1 | 2 | 3 | 4 | 5 | 6 |  |  |  |  | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 |  |  |  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 9 of 16



**Clear dates**



# 4.88

## Guest favorite

This home is a guest favorite based on
ratings, reviews, and reliability

| Overall rating | Cleanliness | Accuracy | Check-in | Communication | Location | Value |
|---|---|---|---|---|---|---|
| 5 | **4.8** | **4.9** | **5.0** | **4.9** | **5.0** | **4.8** |
| 4 | | | | | | |
| 3 | | | | | | |
| 2 | | | | | | |
| 1 | | | | | | |

---



**Tram**
4 years on Airbnb

★★★★★ · **1 day ago** · Group trip

Great stay! The place was very clean, comfortable, and



**Shaneika**
Grovetown, Georgia

★★★★★ · **2 weeks ago** · Stayed one night

This home was a great fit for my close friends and I. It

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 10 of 16

exactly as described. The host was friendly and responsive. Would definitely stay again.

was peaceful, pleasant, and beautiful. We felt safe and comfortable for our one night stay.



**Jodie**
Hoschton, Georgia

★★★★★ · 4 weeks ago · Stayed a few nights

This home was perfect and Curtis was very responsive. It was near everything including shopping, I-85, Mall of Georgia, restaurants, etc. The house was spotless an...

Show more



**Sharon**
Taylors, South Carolina

★★★★★ · 1 week ago · Stayed one night

Great space for a girlfriend weekend getaway. Extremely clean and spacious. Highly recommend, we would stay there again.



**Cortney**
Chapin, South Carolina

★★★★★ · 3 weeks ago · Group trip

Sweet house in a quiet established neighborhood. We appreciated that there were plenty of bathroom linens and hot water. The huge tv was a hit with our teens. A...

Show more



**Kimberly**
Greenville, South Carolina

★★★★☆ · November 2025 · Stayed with a pet

Very spacious home in nice neighborhood. Great fenced yard for pets. It is listed as no essentials and that is the case. Also, no extra linens, pillows, blankets...

Show more

Show all 41 reviews     How reviews work

# Where you'll be

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 11 of 16

Dacula, Georgia, United States

## Meet your host

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 12 of 16

## Host details



**41**
Reviews

**4.88** ★
Rating

**9**
Months hosting

**Curtis**
Host

Response rate: 100%
Responds within an hour

**Message host**

 To help protect your payment, always use Airbnb to send money and communicate with hosts.

## Things to know



**Cancellation policy**
Add your trip dates to get the cancellation details for this stay.
Add dates



**House rules**
Check-in after 3:00 PM
Checkout before 11:00 AM
6 guests maximum
Learn more



**Safety & property**
Exterior security cameras on property
Carbon monoxide alarm
Smoke alarm
Learn more

Airbnb  ›  United States  ›  Georgia  ›  Gwinnett County

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%20...

Case 25-61216-bem    Doc 39-11    Filed 01/16/26    Entered 01/16/26 17:25:21    Desc
Exhibit K    Jan 10 Response to Debtor breach assertions    Page 13 of 16

| Support | Hosting | Airbnb |
|---|---|---|
| Help Center | Airbnb your home | 2025 Summer Release |
| Get help with a safety issue | Airbnb your experience | Newsroom |
| AirCover | Airbnb your service | Careers |
| Travel insurance | AirCover for Hosts | Investors |
| Anti-discrimination | Hosting resources | Gift cards |
| Disability support | Community forum | Airbnb.org emergency stays |
| Cancellation options | Hosting responsibly | |
| Report neighborhood concern | Airbnb-friendly apartments | |
| | Join a free Hosting class | |
| | Find a co-host | |
| | Refer a host | |

© 2025 Airbnb, Inc.  ·  Privacy  ·  Terms  ·  Your Privacy Choices

English (US)    $ USD     

**Matthew Totten**

| | |
|---|---|
| **From:** | Curtis Parker <curtis.parker1776@gmail.com> |
| **Sent:** | Friday, January 2, 2026 2:29 PM |
| **To:** | Matthew Totten |
| **Subject:** | Re: 25-61216-bem Notice (BK) |

**External Sender** - From: (Curtis Parker
<curtis.parker1776@gmail.com>)
This message came from outside your organization.

Learn More

Hello Mr Totten,
2805 Wadley Ln
Dacula Ga 30019.

Thanks
Sent from my iPhone

On Jan 2, 2026, at 1:19 PM, Matthew Totten <mft@tottenfirm.com> wrote:

Mr. Parker –

Can you please provide your forwarding address?

Thanks

<image001.png>

**Matthew F. Totten**
*Managing Attorney*

**Phone** (404) 692-4342    **Email** mft@tottenfirm.com
**Mailing Address** 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA
30338
**Web** http://www.tottenfirm.com
<image002.png>

**Notice**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by the telephone number listed above and delete this message and all copies and backups thereof. Thank you.

**From:** Curtis Parker <curtis.parker1776@gmail.com>
**Sent:** Wednesday, December 31, 2025 11:50 AM
**To:** Matthew Totten <mft@tottenfirm.com>
**Subject:** Re: 25-61216-bem Notice (BK)

Hello Mr Totten,

I wanted to make you aware the house is no longer listed on Airbnb effective yesterday. I was also wanting to request the funds be direct deposited into my account due to the mail is being forwarded. Please advise what account information is needed.
Thanks

Sent from my iPhone

On Dec 29, 2025, at 5:38 PM, Matthew Totten <mft@tottenfirm.com> wrote:

Mr. Parker –

See attached notice filed with the bankruptcy court, as filed.

Thanks

<image001.png>

**Matthew F. Totten**
***Managing Attorney***

**Phone** (404) 692-4342    **Email** mft@tottenfirm.com
**Mailing Address** 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338
**Web** http://www.tottenfirm.com
<image002.png>

**Notice**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by the telephone number listed above and delete this message and all copies and backups thereof. Thank you.

**From:** no-reply-notices@ganb.uscourts.gov <no-reply-notices@ganb.uscourts.gov>
**Sent:** Monday, December 29, 2025 5:36 PM
**To:** CourtMail@ganb.uscourts.gov
**Subject:** 25-61216-bem Notice (BK)

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Northern District of Georgia**

Notice of Electronic Filing

The following transaction was received from Matthew Franklin Totten entered on 12/29/2025 at 5:36 PM EST and filed on 12/29/2025

**Case Name:**        Curtis Parker
**Case Number:**      25-61216-bem
**Document Number:** 30

**Docket Text:**
Notice of Settlement, Debtor's Motions Against Respondent Filed by Matthew Franklin Totten on behalf of 2017-1 IH Borrower LP. (related document(s) [11], [15], [17], [21], [22], [23])(Totten, Matthew)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Settlement.pdf
**Electronic document Stamp:**
[STAMP GANBStamp_ID=875559624 [Date=12/29/2025] [FileNumber=90725598-0] [ed755019a8051c240c7108bc57aba09e058f373cec4715549a8f2164968974a8a1c5411692dd1d9849cc90bcd447b3b60cbecdf2a55cec11791d6b70cd6b1293]]

**25-61216-bem Notice will be electronically mailed to:**

Kyle A. Cooper
kylecoopertrustee@gmail.com, ecf.alert+Cooper@titlexi.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Matthew Franklin Totten on behalf of Creditor 2017-1 IH Borrower LP
mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

**25-61216-bem Notice will not be electronically mailed to:**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

<Doc 30 - Notice of settlement.pdf>