**Matthew Totten**

---

| | |
|---|---|
| **From:** | Curtis Parker <curtis.parker1776@gmail.com> |
| **Sent:** | Thursday, January 15, 2026 6:57 AM |
| **To:** | Elvis Gorinjac; Matthew Totten |
| **Subject:** | Re: 1149 Autumn Glen Way, Dacula, GA 30019 - Move Out/ Lock Box Drop Off |
| **Attachments:** | Lockbox Operation Instructions.pdf |

**External Sender** - From: (Curtis Parker <curtis.parker1776@gmail.com>) 
This message came from outside your organization.

Learn More

**Subject: Formal Notice of Breach and Demand to Cure**

Good morning Mr. Gorinjac,

Please take formal notice that Invitation Homes ("IH") is in **material breach** of the agreement under which IH committed to remit **Seven Thousand Dollars ($7,000.00)** to me in exchange for my agreement to vacate the premises on or before **January 30, 2026**.

IH's failure to remit the agreed-upon funds constitutes a **unilateral and material breach**, thereby rendering the agreement **null, void, and unenforceable in its entirety**, including but not limited to the stated move-out date, unless the breach is cured.

**Demand is hereby made** that IH cure this breach by remitting the full **$7,000.00 no later than 5:00 PM today**. Absent timely cure, I will consider the agreement rescinded and will pursue all available legal remedies without further notice.

Additionally, I have reason to believe that IH has attempted, or directed others, to interfere with utilities or services held in my name. Any attempt to alter, transfer, disconnect, or otherwise interfere with my utilities constitutes **unlawful self-help** and an additional violation of my rights. Any such action will give rise to **additional damages in the amount of $5,000.00**, without limitation to other remedies available at law or in equity.

IH is further directed to **cease and desist** from placing any lockbox at the property and to immediately reverse any attempts to modify or interfere with my utilities or services. IH shall not interrupt, discontinue, or request changes to any services associated with the premises.

This correspondence is provided **without waiver of any rights, claims, or remedies**, all of which are expressly reserved.

Regards,

Curtis Parker

Sent from my iPhone

On Jan 12, 2026, at 11:07 AM, Elvis Gorinjac <Elvis.Gorinjac@invitationhomes.com> wrote:

Good Morning,

Good Day Mr. Parker my name is Elvis Gorinjac I am with Invitation Homes. I am reaching out to you because we received communication from your property manager that you would be moving out as of **1/30/26** and we needed to schedule a lockbox drop off to which you can leave your keys in upon moving out. I have our superintendent Rick scheduled to come by the home on Monday **1/26/26** to drop off a lockbox for you. You are not required to be home for this the superintendent will just leave the lockbox on the front door and the code will be **(1325)**.  Upon moving out if you could just place one key in the lockbox and take a picture and send it back to me confirming that you are out of the home and they key is in the lockbox. From there I will forward all of that back over to your property manager so they can notate your account accordingly. Any other keys or garage remotes you have can be left on the kitchen counter/ kitchen drawer we just need one key to be placed in the lockbox so that we are able to gain possession of the home without having to drill the locks. I have also included the lockbox operating instructions in the attachment above just in case you need them, if you have any further questions or concerns please feel free to reach out. Thank you for your time at Invitation Homes and have a great day.

Thank You,

**Elvis Gorinjac**
Customer Service Representative – Field Services




**phone** 678.381.0411
elvis.gorinjac@invitationhomes.com
8625 Dunwoody Pl, Sandy Springs, GA 30350

invitationhomes.com  |   Contact us   |  Maintenance  |  Payments  |  Download Maintenance App

**Please note as of March 19 our workspace is under construction. We will not be able to accommodate any in-person visits or face-to-face rent payments. We expect our office to reopen in November 2025. Learn more here.**

If you believe you have received this email in error, please notify the sender by reply transmission and delete the message. Any disclosure, copying, and/or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.  Invitation Homes cannot guarantee that the contents of this email transmission, including any attachments, are error-free or secure from viruses or similar defects.  Invitation Homes urges using caution when opening attachments, navigating to hyperlinks, or otherwise responding to this email, and accepts no liability for any damages that may arise as a result of this email transmission.

## Lockbox Operation Instructions

**Vault Locks (Black with silver handle)**
1. Enter and center the lockbox code (**1325**)
2. Hold the top front of the lockbox and pull the cover towards you (the hinge is on the bottom)
3. Insert a key (place remaining keys and garage remotes on the kitchen counter)
4. Close the lockbox and scramble the numbers on the front (to any other number combination) to lock it.



**Master Lock (Black and gray with black handle)**
1. Slide down black cover that hides the numbers (if closed)
2. Enter and center the lockbox code (**1325**). The numbers should be centered along the gray raised line on the number panel
3. Pull down on the black lever at the left of the numbers: the lockbox cover should spring open towards you (hinge is on the bottom)
4. Insert a key (place remaining keys and garage remotes on the kitchen counter)
5. Close the lockbox and scramble the numbers on the front (to any other number combination) to lock it.

