IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>Debtor.<br><br>CURTIS PARKER,<br><br>Movant,<br><br>v.<br><br>2017-1 IH Borrower, LP<br><br>Respondent. | CIVIL ACTION FILE NO. 25-61216-BEM<br><br>Chapter 7<br><br>Contested Matter |

### Respondent's Witness and Exhibit List

COMES NOW 2017-1 IH Borrower, LP ("Respondent"), by and through its undersigned counsel, and hereby files its Exhibits and Witness List in connection with that certain hearing scheduled before this Court on January 20, 2026, at 11:00 AM, pursuant to the applicable Rules and this Court's order:

### WITNESSES

1. Any impeachment or rebuttal witnesses.
2. Curtis Parker
3. Matthew F. Totten – *as to attorney's fees and costs of litigation*
4. Patricia Williams – *THR Property Management LP d/b/a Invitation Homes*
5. Keshia Taylor - *THR Property Management LP d/b/a Invitation Homes*
6. Marcos Hernandez - *THR Property Management LP d/b/a Invitation Homes*
7. Danielle Derico - *THR Property Management LP d/b/a Invitation Homes*
8. Dashia Harris - *THR Property Management LP d/b/a Invitation Homes*

**EXHIBIT LIST**

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| A. | January 1, 2026, Rental Ledger of Debtor re 1149 Autumn Glen Wy – Pre-settlement Application | | | |
| B. | December 31, 2025, Email from Debtor to Respondent – Confirming AirBnB Delisting | | | |
| C. | Debtor's AirBnB Listing of 1149 Autumn Glen Wy, Dated 12/22/2025 | | | |
| D. | December 26, 2025, Email from Debtor to Respondent – Settlement Offer | | | |
| E. | December 29, 2025, 12:26pm Email from Debtor to Respondent, Specifying Purported Automatic Stay Violations of "Invitation Homes" | | | |
| F. | December 29, 2025, 3:44pm Settlement Offer Email from Respondent to Debtor | | | |
| G. | December 29, 2025, 5:09pm Settlement Acceptance Email from Debtor to Respondent | | | |
| H. | December 29, 2025, Letter re Termination of Lease and Demand for Possession of 1149 Autumn Glen Wy | | | |
| I. | January 9, 2026 Email from Respondent Counsel to Debtor re Performance under Settlement | | | |
| J. | Composite Exhibit – Four (4) January 10, 2026 Emails from Debtor to Respondent and One (1) January 15, 2026, Email from Debtor to Respondent | | | |
| K. | January 10, 2026, Email from Respondent to Debtor re Respondent Compliance with Settlement | | | |
| L. | January 15, 2026, Email from Debtor to Respondent re Debtor Anticipatory Breach | | | |
| M. | Residential Lease Agreement, 1149 Autumn Glen Wy, Debtor and Respondent-Landlord | | | |
| N. | Doc. 1, Debtor Voluntary Petition for Bankruptcy | | | |
| O. | Doc. 32, "Debtor Motion to Dismiss Based on Settlement" | | | |
| P. | Doc. 33, Order Granting Debtor Motion to Dismiss With Prejudice | | | |
| Q. | January 9, 2026, Rental Ledger of Debtor re 1149 Autumn Glen Wy – Post-settlement Application | | | |
| R. | Any exhibits necessary for rebuttal | | | |
| S. | Any duly admitted exhibits used by movant | | | |
| T. | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 7 matter | | | |

The foregoing Exhibits are contemporaneously filed with this Court's docket and shall be marked via CM/ECF labelling with the corresponding Exhibit label.

Respondent reserves the right to supplement, amend, modify or withdraw this Witness and Exhibit List at any time. Respondent further reserves the right to ask this Court to take judicial notice of pleadings or documents filed in or in connection with this matter, to offer rebuttal exhibits including to supplement or amend this Witness and Exhibit.

Designation of any exhibit above does not waive any objections Respondent may have to any exhibit (or witness) listed on any other party's witness and exhibit list.

Respectfully submitted, this 16th day of January, 2026.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 5579 Chamblee-Dunwoody Rd | Matthew F. Totten |
| Ste B-136 | Georgia Bar No. 798589 |
| Atlanta, GA 30338 | Attorney for Respondent |
| (404) 692-4342 (Telephone) | |
| mft@tottenfirm.com (E-mail) | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | |
| Debtor. | CIVIL ACTION FILE NO. 25-61216-BEM |
| CURTIS PARKER, | Chapter 7 |
| Movant, | Contested Matter |
| v. | |
| 2017-1 IH Borrower, LP | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **Respondent Residential's Witness and Exhibit List** using the CM/ECF system, which will automatically send email notification of such filing to all interested parties. Additionally, I have served the same by First Class U.S. Mail and e-mail upon the below pro se party:

Curtis Parker, *Pro se*
1149 Autumn Glen Way
Dacula, GA 30019
curtis.parker1776@gmail.com

This 16th day of January, 2026.

THE TOTTEN FIRM, LLC                    /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd               Matthew F. Totten
Ste B-136                                Georgia Bar No. 798589
Atlanta, GA 30338                        Attorney for Respondent
(404) 692-4342 (Telephone)
mft@tottenfirm.com (E-mail)