Resident Ledger



**Date: 01/01/2026**

| Code | t0317101 | Property | 10105318 | Lease From | 04/13/2025 |
|---|---|---|---|---|---|
| Name | Curtis Parker | Unit | 10105318 | Lease To | 04/12/2026 |
| Address | 1149 Autumn Glen Way | Status | Eviction | Move In | 04/13/2023 |
| | | Rent | 2408.00 | Move Out | 02/11/2026 |
| City | Dacula, GA 30019 | Phone (H) | (770) 369-6521 | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 03/04/2023 | appfee | Application Charges (Curtis Parker) | 50.00 | | 50.00 | 29756637 |
| 03/04/2023 | | chk# 176933067 Credit Card On-Line Payment ; Web - Online Leasing | | 50.00 | 0.00 | 9554025 |
| 03/05/2023 | holdfee | Pre-Lease Hold Fee | 500.00 | | 500.00 | 29765229 |
| 03/07/2023 | | chk# 177388992 Debit Card On-Line Payment ; Web - Online Leasing | | 500.00 | 0.00 | 9566017 |
| 04/12/2023 | deposit | Security Deposit | 2,241.00 | | 2,241.00 | 30643816 |
| 04/12/2023 | movein | Move in Funds | 924.57 | | 3,165.57 | 30644148 |
| 04/12/2023 | | chk# 182075391 Debit Card On-Line Payment ; Web - Online Leasing | | 2,241.00 | 924.57 | 9843310 |
| 04/12/2023 | | chk# 182075392 Debit Card On-Line Payment ; Web - Online Leasing | | 924.57 | 0.00 | 9843311 |
| 04/13/2023 | movein | Move-In Funds | (924.57) | | (924.57) | 30660850 |
| 04/13/2023 | rent | Rent for 18 days :Reversed by Charge Ctrl# 30660870 | 1,281.00 | | 356.43 | 30660851 |
| 04/13/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell for 18 days | 24.00 | | 380.43 | 30660852 |
| 04/13/2023 | filter | HVAC Filter Fee for 18 days | 5.97 | | 386.40 | 30660853 |
| 04/13/2023 | admin | Administrative Setup Fee | 50.00 | | 436.40 | 30660854 |
| 04/13/2023 | holdfee | Pre-Lease Hold Fee - Reallocated to rent | (500.00) | | (63.60) | 30660855 |
| 04/14/2023 | rent | rent: Corrected prorated rent | 1,344.60 | | 1,281.00 | 30660864 |
| 04/14/2023 | rent | :Reverse Charge Ctrl#30660851 Incorrect Prorated Rent | (1,281.00) | | 0.00 | 30660870 |
| 04/27/2023 | | chk# 183048458 Debit Card On-Line Payment ; Mobile Web - Resident Services | | 2,290.95 | (2,290.95) | 9918570 |
| 05/01/2023 | rent | Resident Rent (05/2023) | 2,241.00 | | (49.95) | 31109418 |
| 05/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (05/2023) | 40.00 | | (9.95) | 31109419 |
| 05/01/2023 | filter | HVAC Filter (05/2023) | 9.95 | | 0.00 | 31109420 |
| 06/01/2023 | rent | Resident Rent (06/2023) | 2,241.00 | | 2,241.00 | 31945594 |
| 06/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (06/2023) | 40.00 | | 2,281.00 | 31945595 |
| 06/01/2023 | filter | HVAC Filter (06/2023) | 9.95 | | 2,290.95 | 31945596 |
| 06/04/2023 | late | Late Fee, 10% of $2241.00 | 224.10 | | 2,515.05 | 32246647 |
| 06/04/2023 | | chk# 189748264 Debit Card On-Line Payment ; Mobile Web - Resident Services | | 2,290.95 | 224.10 | 10262432 |
| 06/07/2023 | | chk# 190358050 Debit Card On-Line Payment ; Mobile Web - Resident Services | | 224.10 | 0.00 | 10285233 |
| 07/01/2023 | utlsetup | Acct. Setup | 25.00 | | 25.00 | 32398453 |
| 07/01/2023 | utlsetup | Service Fee | 9.95 | | 34.95 | 32398454 |
| 07/01/2023 | utlsewcb | Sewer - 04/13/23-05/04/23 | 25.03 | | 59.98 | 32398455 |
| 07/01/2023 | utlgascb | Vacant Gas - 04/13/23-04/28/23 | 24.80 | | 84.78 | 32398456 |
| 07/01/2023 | utlsetup | Vacant Service Fee - 04/13/23-04/28/23 | 25.00 | | 109.78 | 32398457 |
| 07/01/2023 | utlwatcb | Water - 04/13/23-05/04/23 | 17.31 | | 127.09 | 32398458 |
| 07/01/2023 | rent | Resident Rent (07/2023) | 2,241.00 | | 2,368.09 | 32792927 |
| 07/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (07/2023) | 40.00 | | 2,408.09 | 32792928 |
| 07/01/2023 | filter | HVAC Filter (07/2023) | 9.95 | | 2,418.04 | 32792929 |
| 07/03/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,418.04 | 0.00 | 10498026 |
| 08/01/2023 | utlsetup | Service Fee | 9.95 | | 9.95 | 33252167 |
| 08/01/2023 | utlsewcb | Sewer - 05/05/23-06/06/23 | 55.31 | | 65.26 | 33252168 |
| 08/01/2023 | utlgascb | Vacant Gas - 04/28/23-05/30/23 | 54.92 | | 120.18 | 33252169 |
| 08/01/2023 | utlsetup | Vacant Service Fee - 04/28/23-05/30/23 | 25.00 | | 145.18 | 33252170 |
| 08/01/2023 | utlwatcb | Water - 05/05/23-06/06/23 | 36.41 | | 181.59 | 33252171 |

| Date | Code | Description | Amount | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/01/2023 | rent | Resident Rent (08/2023) | 2,241.00 | | 2,422.59 | 33657263 |
| 08/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (08/2023) | 40.00 | | 2,462.59 | 33657264 |
| 08/01/2023 | filter | HVAC Filter (08/2023) | 9.95 | | 2,472.54 | 33657265 |
| 08/03/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,472.54 | 0.00 | 10758272 |
| 09/01/2023 | utlsetup | Service Fee | 9.95 | | 9.95 | 34114801 |
| 09/01/2023 | utlsewcb | Sewer - 06/07/23-07/07/23 | 46.29 | | 56.24 | 34114802 |
| 09/01/2023 | utlgascb | Vacant Gas - 05/30/23-06/30/23 | 48.99 | | 105.23 | 34114803 |
| 09/01/2023 | utlsetup | Vacant Service Fee - 05/30/23-06/30/23 | 25.00 | | 130.23 | 34114804 |
| 09/01/2023 | utlwatcb | Water - 06/07/23-07/07/23 | 30.88 | | 161.11 | 34114805 |
| 09/01/2023 | rent | Resident Rent (09/2023) | 2,241.00 | | 2,402.11 | 34501736 |
| 09/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (09/2023) | 40.00 | | 2,442.11 | 34501737 |
| 09/01/2023 | filter | HVAC Filter (09/2023) | 9.95 | | 2,452.06 | 34501738 |
| 09/03/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,452.06 | 0.00 | 10996734 |
| 10/01/2023 | utlsetup | Service Fee | 9.95 | | 9.95 | 34932938 |
| 10/01/2023 | utlsewcb | Sewer - 07/08/23-08/07/23 | 42.68 | | 52.63 | 34932939 |
| 10/01/2023 | utlgascb | Vacant Gas - 06/30/23-07/28/23 | 46.60 | | 99.23 | 34932940 |
| 10/01/2023 | utlsetup | Vacant Service Fee - 06/30/23-07/28/23 | 25.00 | | 124.23 | 34932941 |
| 10/01/2023 | utlwatcb | Water - 07/08/23-08/07/23 | 28.67 | | 152.90 | 34932942 |
| 10/01/2023 | filter | HVAC Filter (10/2023) | 9.95 | | 162.85 | 35362503 |
| 10/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (10/2023) | 40.00 | | 202.85 | 35362504 |
| 10/01/2023 | rent | Resident Rent (10/2023) | 2,241.00 | | 2,443.85 | 35362505 |
| 10/02/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,443.85 | 0.00 | 11221012 |
| 11/01/2023 | utlsetup | Service Fee | 9.95 | | 9.95 | 35837394 |
| 11/01/2023 | utlsewcb | Sewer - 08/08/23-09/07/23 | 34.56 | | 44.51 | 35837395 |
| 11/01/2023 | utlgascb | Vacant Gas - 07/28/23-08/30/23 | 47.83 | | 92.34 | 35837396 |
| 11/01/2023 | utlsetup | Vacant Service Fee - 07/28/23-08/30/23 | 25.00 | | 117.34 | 35837397 |
| 11/01/2023 | utlwatcb | Water - 08/08/23-09/07/23 | 23.69 | | 141.03 | 35837398 |
| 11/01/2023 | rent | Resident Rent (11/2023) | 2,241.00 | | 2,382.03 | 36210553 |
| 11/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (11/2023) | 40.00 | | 2,422.03 | 36210554 |
| 11/01/2023 | filter | HVAC Filter (11/2023) | 9.95 | | 2,431.98 | 36210555 |
| 11/03/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 2,431.98 | 0.00 | 11481334 |
| 12/01/2023 | utlsetup | Service Fee | 9.95 | | 9.95 | 36671798 |
| 12/01/2023 | utlsewcb | Sewer - 09/08/23-10/05/23 | 48.99 | | 58.94 | 36671799 |
| 12/01/2023 | utlgascb | Vacant Gas - 08/30/23-09/27/23 | 49.12 | | 108.06 | 36671800 |
| 12/01/2023 | utlsetup | Vacant Service Fee - 08/30/23-09/27/23 | 25.00 | | 133.06 | 36671801 |
| 12/01/2023 | utlwatcb | Water - 09/08/23-10/05/23 | 32.54 | | 165.60 | 36671802 |
| 12/01/2023 | rent | Resident Rent (12/2023) | 2,241.00 | | 2,406.60 | 37045135 |
| 12/01/2023 | filter | HVAC Filter (12/2023) | 9.95 | | 2,416.55 | 37045136 |
| 12/01/2023 | smtreng2 | Smart Home Fee w/ Video Doorbell (12/2023) | 40.00 | | 2,456.55 | 37045137 |
| 12/02/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,456.55 | 0.00 | 11691591 |
| 01/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 37510944 |
| 01/01/2024 | utlsewcb | Sewer - 10/06/23-11/02/23 | 41.78 | | 51.73 | 37510945 |
| 01/01/2024 | utlgascb | Vacant Gas - 09/27/23-10/27/23 | 53.36 | | 105.09 | 37510946 |
| 01/01/2024 | utlsetup | Vacant Service Fee - 09/27/23-10/27/23 | 25.00 | | 130.09 | 37510947 |
| 01/01/2024 | utlwatcb | Water - 10/06/23-11/02/23 | 28.11 | | 158.20 | 37510948 |
| 01/01/2024 | filter | HVAC Filter (01/2024) | 9.95 | | 168.15 | 37891021 |
| 01/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (01/2024) | 40.00 | | 208.15 | 37892785 |
| 01/01/2024 | rent | Resident Rent (01/2024) | 2,241.00 | | 2,449.15 | 37892877 |
| 01/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,449.15 | 0.00 | 11914006 |
| 02/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 38402402 |
| 02/01/2024 | utlsewcb | Sewer - 11/03/23-12/05/23 | 47.19 | | 57.14 | 38402403 |
| 02/01/2024 | utlgascb | Vacant Gas - 10/27/23-11/30/23 | 99.83 | | 156.97 | 38402404 |
| 02/01/2024 | utlsetup | Vacant Service Fee - 10/27/23-11/30/23 | 25.00 | | 181.97 | 38402405 |
| 02/01/2024 | utlwatcb | Water - 11/03/23-12/05/23 | 31.43 | | 213.40 | 38402406 |
| 02/01/2024 | rent | Resident Rent (02/2024) | 2,241.00 | | 2,454.40 | 38791845 |
| 02/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (02/2024) | 40.00 | | 2,494.40 | 38791846 |
| 02/01/2024 | filter | HVAC Filter (02/2024) | 9.95 | | 2,504.35 | 38791847 |

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---:|---:|---:|---|
| 02/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,504.35 | 0.00 | 12282078 |
| 03/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 39314947 |
| 03/01/2024 | utlsewcb | Sewer - 12/06/23-01/05/24 | 47.19 | | 57.14 | 39314948 |
| 03/01/2024 | utlgascb | Vacant Gas - 11/30/23-12/29/23 | 141.62 | | 198.76 | 39314949 |
| 03/01/2024 | utlsetup | Vacant Service Fee - 11/30/23-12/29/23 | 25.00 | | 223.76 | 39314950 |
| 03/01/2024 | utlwatcb | Water - 12/06/23-01/05/24 | 31.43 | | 255.19 | 39314951 |
| 03/01/2024 | rent | Resident Rent (03/2024) | 2,241.00 | | 2,496.19 | 39762250 |
| 03/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (03/2024) | 40.00 | | 2,536.19 | 39762251 |
| 03/01/2024 | filter | HVAC Filter (03/2024) | 9.95 | | 2,546.14 | 39762252 |
| 03/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,546.14 | 0.00 | 12533457 |
| 04/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 40227683 |
| 04/01/2024 | utlsewcb | Sewer - 01/06/24-02/05/24 | 44.48 | | 54.43 | 40227684 |
| 04/01/2024 | utlgascb | Vacant Gas - 12/29/23-01/30/24 | 201.83 | | 256.26 | 40227685 |
| 04/01/2024 | utlsetup | Vacant Service Fee - 12/29/23-01/30/24 | 25.00 | | 281.26 | 40227686 |
| 04/01/2024 | utlwatcb | Water - 01/06/24-02/05/24 | 29.77 | | 311.03 | 40227687 |
| 04/01/2024 | rent | Resident Rent (04/2024) 12 days | 896.40 | | 1,207.43 | 40703971 |
| 04/01/2024 | rent | Resident Rent (04/2024) 18 days | 1,444.80 | | 2,652.23 | 40703972 |
| 04/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (04/2024) | 40.00 | | 2,692.23 | 40703973 |
| 04/01/2024 | filter | HVAC Filter (04/2024) | 9.95 | | 2,702.18 | 40703974 |
| 04/03/2024 | | chk# 234087226 Debit Card On-Line Payment ; Web - Resident Services | | 2,702.18 | 0.00 | 12818029 |
| 05/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 41198686 |
| 05/01/2024 | utlsewcb | Sewer - 02/06/24-03/05/24 | 40.87 | | 50.82 | 41198687 |
| 05/01/2024 | utlgascb | Vacant Gas - 01/30/24-02/29/24 | 138.13 | | 188.95 | 41198688 |
| 05/01/2024 | utlsetup | Vacant Service Fee - 01/30/24-02/29/24 | 25.00 | | 213.95 | 41198689 |
| 05/01/2024 | utlwatcb | Water - 02/06/24-03/05/24 | 27.56 | | 241.51 | 41198690 |
| 05/01/2024 | filter | HVAC Filter (05/2024) | 9.95 | | 251.46 | 41674276 |
| 05/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (05/2024) | 40.00 | | 291.46 | 41674277 |
| 05/01/2024 | rent | Resident Rent (05/2024) | 2,408.00 | | 2,699.46 | 41674278 |
| 05/03/2024 | | chk# 238482351 Debit Card On-Line Payment ; Web - Resident Services | | 2,699.46 | 0.00 | 13071934 |
| 06/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 42165020 |
| 06/01/2024 | utlsewcb | Sewer - 03/06/24-04/03/24 | 47.19 | | 57.14 | 42165021 |
| 06/01/2024 | utlgascb | Vacant Gas - 02/29/24-03/28/24 | 89.10 | | 146.24 | 42165022 |
| 06/01/2024 | utlsetup | Vacant Service Fee - 02/29/24-03/28/24 | 25.00 | | 171.24 | 42165023 |
| 06/01/2024 | utlwatcb | Water - 03/06/24-04/03/24 | 31.43 | | 202.67 | 42165024 |
| 06/01/2024 | rent | Resident Rent (06/2024) | 2,408.00 | | 2,610.67 | 42658618 |
| 06/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (06/2024) | 40.00 | | 2,650.67 | 42658619 |
| 06/01/2024 | filter | HVAC Filter (06/2024) | 9.95 | | 2,660.62 | 42658620 |
| 06/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,660.62 | 0.00 | 13317636 |
| 07/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 43196373 |
| 07/01/2024 | utlsewcb | Sewer - 04/04/24-05/03/24 | 47.19 | | 57.14 | 43196374 |
| 07/01/2024 | utlgascb | Vacant Gas - 03/28/24-04/30/24 | 73.06 | | 130.20 | 43196375 |
| 07/01/2024 | utlsetup | Vacant Service Fee - 03/28/24-04/30/24 | 25.00 | | 155.20 | 43196376 |
| 07/01/2024 | utlwatcb | Water - 04/04/24-05/03/24 | 31.43 | | 186.63 | 43196377 |
| 07/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (07/2024) | 40.00 | | 226.63 | 43706210 |
| 07/01/2024 | filter | HVAC Filter (07/2024) | 9.95 | | 236.58 | 43706211 |
| 07/01/2024 | rent | Resident Rent (07/2024) | 2,408.00 | | 2,644.58 | 43706212 |
| 07/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,644.58 | 0.00 | 13623787 |
| 08/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 44198608 |
| 08/01/2024 | utlsewcb | Sewer - 05/04/24-06/05/24 | 76.95 | | 86.90 | 44198609 |
| 08/01/2024 | utlgascb | Vacant Gas - 04/30/24-05/31/24 | 59.55 | | 146.45 | 44198610 |
| 08/01/2024 | utlsetup | Vacant Service Fee - 04/30/24-05/31/24 | 25.00 | | 171.45 | 44198611 |
| 08/01/2024 | utlwatcb | Water - 05/04/24-06/05/24 | 49.68 | | 221.13 | 44198612 |
| 08/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (08/2024) | 40.00 | | 261.13 | 44708284 |
| 08/01/2024 | filter | HVAC Filter (08/2024) | 9.95 | | 271.08 | 44708285 |
| 08/01/2024 | rent | Resident Rent (08/2024) | 2,408.00 | | 2,679.08 | 44708286 |
| 08/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,679.08 | 0.00 | 13896687 |
| 09/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 45216019 |

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---:|---:|---:|---|
| 09/01/2024 | utlsewcb | Sewer - 06/06/24-07/05/24 | 137.39 | | 147.34 | 45216020 |
| 09/01/2024 | utlgascb | Vacant Gas - 05/31/24-06/28/24 | 54.69 | | 202.03 | 45216021 |
| 09/01/2024 | utlsetup | Vacant Service Fee - 05/31/24-06/28/24 | 25.00 | | 227.03 | 45216022 |
| 09/01/2024 | utlwatcb | Water - 06/06/24-07/05/24 | 111.06 | | 338.09 | 45216023 |
| 09/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (09/2024) | 40.00 | | 378.09 | 45768778 |
| 09/01/2024 | filter | HVAC Filter (09/2024) | 9.95 | | 388.04 | 45768779 |
| 09/01/2024 | rent | Resident Rent (09/2024) | 2,408.00 | | 2,796.04 | 45768780 |
| 09/03/2024 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 2,796.04 | 0.00 | 14145370 |
| 10/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 46272324 |
| 10/01/2024 | utlsewcb | Sewer - 07/06/24-08/06/24 | 155.43 | | 165.38 | 46272325 |
| 10/01/2024 | utlgascb | Vacant Gas - 06/28/24-07/30/24 | 62.93 | | 228.31 | 46272326 |
| 10/01/2024 | utlsetup | Vacant Service Fee - 06/28/24-07/30/24 | 25.00 | | 253.31 | 46272327 |
| 10/01/2024 | utlwatcb | Water - 07/06/24-08/06/24 | 133.18 | | 386.49 | 46272328 |
| 10/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (10/2024) | 40.00 | | 426.49 | 46802047 |
| 10/01/2024 | filter | HVAC Filter (10/2024) | 9.95 | | 436.44 | 46802048 |
| 10/01/2024 | rent | Resident Rent (10/2024) | 2,408.00 | | 2,844.44 | 46802049 |
| 10/03/2024 | | chk# 260062951 Debit Card On-Line Payment ; Web - Resident Services | | 2,844.44 | 0.00 | 14463013 |
| 10/30/2024 | | chk# 262691847 Debit Card On-Line Payment ; Web - Resident Services | | 2,753.02 | (2,753.02) | 14687481 |
| 11/01/2024 | utlsetup | Service Fee | 9.95 | | (2,743.07) | 47277166 |
| 11/01/2024 | utlsewcb | Sewer - 08/07/24-09/06/24 | 117.54 | | (2,625.53) | 47277167 |
| 11/01/2024 | utlgascb | Vacant Gas - 07/30/24-08/30/24 | 55.85 | | (2,569.68) | 47277168 |
| 11/01/2024 | utlsetup | Vacant Service Fee - 07/30/24-08/30/24 | 25.00 | | (2,544.68) | 47277169 |
| 11/01/2024 | utlwatcb | Water - 08/07/24-09/06/24 | 86.73 | | (2,457.95) | 47277170 |
| 11/01/2024 | rent | Resident Rent (11/2024) | 2,408.00 | | (49.95) | 47819400 |
| 11/01/2024 | filter | HVAC Filter (11/2024) | 9.95 | | (40.00) | 47819401 |
| 11/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (11/2024) | 40.00 | | 0.00 | 47819402 |
| 12/01/2024 | utlsetup | Service Fee | 9.95 | | 9.95 | 48414829 |
| 12/01/2024 | utlsewcb | Sewer - 09/07/24-10/05/24 | 53.50 | | 63.45 | 48414830 |
| 12/01/2024 | utlgascb | Vacant Gas - 08/30/24-09/30/24 | 59.00 | | 122.45 | 48414831 |
| 12/01/2024 | utlsetup | Vacant Service Fee - 08/30/24-09/30/24 | 25.00 | | 147.45 | 48414832 |
| 12/01/2024 | utlwatcb | Water - 09/07/24-10/05/24 | 35.30 | | 182.75 | 48414833 |
| 12/01/2024 | smtreng2 | Smart Home Fee w/ Video Doorbell (12/2024) | 40.00 | | 222.75 | 49000752 |
| 12/01/2024 | rent | Resident Rent (12/2024) | 2,408.00 | | 2,630.75 | 49000753 |
| 12/01/2024 | filter | HVAC Filter (12/2024) | 9.95 | | 2,640.70 | 49000754 |
| 12/03/2024 | | chk# 268296578 Debit Card On-Line Payment ; Web - Resident Services | | 2,640.70 | 0.00 | 15153458 |
| 01/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 49444542 |
| 01/01/2025 | utlsewcb | Sewer - 10/06/24-11/05/24 | 60.72 | | 70.67 | 49444543 |
| 01/01/2025 | utlgascb | Vacant Gas - 09/30/24-10/30/24 | 71.81 | | 142.48 | 49444544 |
| 01/01/2025 | utlsetup | Vacant Service Fee - 09/30/24-10/30/24 | 25.00 | | 167.48 | 49444545 |
| 01/01/2025 | utlwatcb | Water - 10/06/24-11/05/24 | 39.73 | | 207.21 | 49444546 |
| 01/01/2025 | rent | Resident Rent (01/2025) | 2,408.00 | | 2,615.21 | 50027960 |
| 01/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (01/2025) | 40.00 | | 2,655.21 | 50030573 |
| 01/01/2025 | filter | HVAC Filter (01/2025) | 9.95 | | 2,665.16 | 50030719 |
| 01/03/2025 | | chk# 272172476 Debit Card On-Line Payment ; Web - Resident Services | | 2,665.16 | 0.00 | 15439733 |
| 02/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 50495597 |
| 02/01/2025 | utlsewcb | Sewer - 11/06/24-12/05/24 | 61.62 | | 71.57 | 50495598 |
| 02/01/2025 | utlgascb | Vacant Gas - 10/30/24-11/26/24 | 90.00 | | 161.57 | 50495599 |
| 02/01/2025 | utlsetup | Vacant Service Fee - 10/30/24-11/26/24 | 25.00 | | 186.57 | 50495600 |
| 02/01/2025 | utlwatcb | Water - 11/06/24-12/05/24 | 40.28 | | 226.85 | 50495601 |
| 02/01/2025 | filter | HVAC Filter (02/2025) | 9.95 | | 236.80 | 50955648 |
| 02/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (02/2025) | 40.00 | | 276.80 | 50955649 |
| 02/01/2025 | rent | Resident Rent (02/2025) | 2,408.00 | | 2,684.80 | 50955650 |
| 02/03/2025 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services NSFed by ctrl# 15800395 Automatic NSF 0Z3HFWVRLJ4, Return Code: R01 Uncollected NSF | | 2,684.80 | 0.00 | 15752635 |
| 02/04/2025 | late | Late Fee | 115.00 | | 115.00 | 51239196 |
| 02/07/2025 | nsf | Returned check charge | 30.00 | | 145.00 | 51235989 |
| 02/07/2025 | | chk# :ACH-WEB NSF receipt Ctrl# 15752635 Automatic NSF 0Z3HFWVRLJ4, Return Code: R01 Uncollected NSF | | (2,684.80) | 2,829.80 | 15800395 |
| 02/08/2025 | | chk# 277579635 Debit Card On-Line Payment ; Web - Resident Services | | 2,829.80 | 0.00 | 15807429 |
| 03/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 51332902 |
| 03/01/2025 | utlsewcb | Sewer - 12/06/24-01/07/25 | 68.55 | | 78.50 | 51332903 |

Case 25-61216-bem    Doc 40-1    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit A - January 1 _ 2026 - Rental Ledger of Debtor re 1149 Autumn Glen Wy  Pre    Page 5 of 6

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 03/01/2025 | utlgascb | Vacant Gas - 11/26/24-12/30/24 | 231.01 | | 309.51 | 51332904 |
| 03/01/2025 | utlsetup | Vacant Service Fee - 11/26/24-12/30/24 | 25.00 | | 334.51 | 51332905 |
| 03/01/2025 | utlwatcb | Water - 12/06/24-01/07/25 | 44.50 | | 379.01 | 51332906 |
| 03/01/2025 | filter | HVAC Filter (03/2025) | 9.95 | | 388.96 | 51920168 |
| 03/01/2025 | rent | Resident Rent (03/2025) | 2,408.00 | | 2,796.96 | 51920169 |
| 03/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (03/2025) | 40.00 | | 2,836.96 | 51920170 |
| 03/02/2025 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services NSFed by ctrl# 16064067 Automatic NSF G07YXLYRLJ4, Return Code: R01 Uncollected NSF | | 2,836.96 | 0.00 | 16007869 |
| 03/04/2025 | late | Late Fee | 115.00 | | 115.00 | 52178219 |
| 03/06/2025 | nsf | Returned check charge | 30.00 | | 145.00 | 52174179 |
| 03/06/2025 | | chk# :ACH-WEB NSF receipt Ctrl# 16007869 Automatic NSF G07YXLYRLJ4, Return Code: R01 Uncollected NSF | | (2,836.96) | 2,981.96 | 16064067 |
| 03/07/2025 | | chk# 281681878 Credit Card On-Line Payment ; Web - Resident Services | | 2,981.96 | 0.00 | 16074854 |
| 04/01/2025 | utlsewcb | Sewer - 01/08/25-02/05/25 | 66.91 | | 66.91 | 52286106 |
| 04/01/2025 | utlgascb | Vacant Gas - 12/30/24-01/30/25 | 258.15 | | 325.06 | 52286107 |
| 04/01/2025 | utlsetup | Vacant Service Fee - 12/30/24-01/30/25 | 25.00 | | 350.06 | 52286108 |
| 04/01/2025 | utlwatcb | Water - 01/08/25-02/05/25 | 43.51 | | 393.57 | 52286109 |
| 04/01/2025 | rent | Resident Rent (04/2025) 12 days | 963.20 | | 1,356.77 | 52878681 |
| 04/01/2025 | rent | Resident Rent (04/2025) 18 days | 1,444.80 | | 2,801.57 | 52878682 |
| 04/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (04/2025) | 40.00 | | 2,841.57 | 52878683 |
| 04/01/2025 | filter | HVAC Filter (04/2025) | 9.95 | | 2,851.52 | 52878684 |
| 04/03/2025 | | chk# 285328292 Debit Card On-Line Payment ; Web - Resident Services | | 2,851.52 | 0.00 | 16353743 |
| 05/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 53379026 |
| 05/01/2025 | utlsewcb | Sewer - 02/06/25-03/06/25 | 59.37 | | 69.32 | 53379027 |
| 05/01/2025 | utlgascb | Vacant Gas - 01/30/25-02/28/25 | 162.26 | | 231.58 | 53379028 |
| 05/01/2025 | utlsetup | Vacant Service Fee - 01/30/25-02/28/25 | 25.00 | | 256.58 | 53379029 |
| 05/01/2025 | utlwatcb | Water - 02/06/25-03/06/25 | 38.89 | | 295.47 | 53379030 |
| 05/01/2025 | filter | HVAC Filter (05/2025) | 9.95 | | 305.42 | 53889003 |
| 05/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (05/2025) | 40.00 | | 345.42 | 53889004 |
| 05/01/2025 | rent | Resident Rent (05/2025) | 2,408.00 | | 2,753.42 | 53889005 |
| 05/04/2025 | late | Late Fee | 115.00 | | 2,868.42 | 54126359 |
| 05/11/2025 | | chk# 290811029 Credit Card On-Line Payment ; Web - Resident Services | | 2,868.42 | 0.00 | 16695234 |
| 06/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 54242152 |
| 06/01/2025 | utlsewcb | Sewer - 03/07/25-04/03/25 | 41.45 | | 51.40 | 54242153 |
| 06/01/2025 | utlgascb | Vacant Gas - 02/28/25-03/31/25 | 119.68 | | 171.08 | 54242154 |
| 06/01/2025 | utlsetup | Vacant Service Fee - 02/28/25-03/31/25 | 25.00 | | 196.08 | 54242155 |
| 06/01/2025 | utlwatcb | Water - 03/07/25-04/03/25 | 27.91 | | 223.99 | 54242156 |
| 06/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (06/2025) | 40.00 | | 263.99 | 54859083 |
| 06/01/2025 | filter | HVAC Filter (06/2025) | 9.95 | | 273.94 | 54859084 |
| 06/01/2025 | rent | Resident Rent (06/2025) | 2,408.00 | | 2,681.94 | 54859085 |
| 06/04/2025 | late | Late Fee | 115.00 | | 2,796.94 | 55102549 |
| 06/14/2025 | | chk# 295612244 Debit Card On-Line Payment ; Web - Resident Services | | 2,796.94 | 0.00 | 16983999 |
| 07/01/2025 | utlsetup | Service Fee | 9.95 | | 9.95 | 55215564 |
| 07/01/2025 | utlsewcb | Sewer - 04/04/25-05/05/25 | 42.39 | | 52.34 | 55215565 |
| 07/01/2025 | utlgascb | Vacant Gas - 03/31/25-04/30/25 | 57.85 | | 110.19 | 55215566 |
| 07/01/2025 | utlsetup | Vacant Service Fee - 03/31/25-04/30/25 | 25.00 | | 135.19 | 55215567 |
| 07/01/2025 | utlwatcb | Water - 04/04/25-05/05/25 | 28.49 | | 163.68 | 55215568 |
| 07/01/2025 | filter | HVAC Filter (07/2025) | 9.95 | | 173.63 | 55817419 |
| 07/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (07/2025) | 40.00 | | 213.63 | 55817420 |
| 07/01/2025 | rent | Resident Rent (07/2025) | 2,408.00 | | 2,621.63 | 55817421 |
| 07/04/2025 | late | Late Fee | 115.00 | | 2,736.63 | 56105596 |
| 07/12/2025 | | chk# 299965713 Debit Card On-Line Payment ; Web - Resident Services | | 2,736.63 | 0.00 | 17252838 |
| 07/25/2025 | vioadmin | VI-366084 | 35.00 | | 35.00 | 56663159 |
| 08/01/2025 | utlsetup | Service Fee | 9.95 | | 44.95 | 56217815 |
| 08/01/2025 | utlsewcb | Sewer - 05/06/25-06/05/25 | 31.08 | | 76.03 | 56217816 |
| 08/01/2025 | utlgascb | Vacant Gas - 04/30/25-05/29/25 | 53.39 | | 129.42 | 56217817 |
| 08/01/2025 | utlsetup | Vacant Service Fee - 04/30/25-05/29/25 | 25.00 | | 154.42 | 56217818 |
| 08/01/2025 | utlwatcb | Water - 05/06/25-06/05/25 | 21.55 | | 175.97 | 56217819 |
| 08/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (08/2025) | 40.00 | | 215.97 | 56838046 |
| 08/01/2025 | filter | HVAC Filter (08/2025) | 9.95 | | 225.92 | 56838047 |
| 08/01/2025 | rent | Resident Rent (08/2025) | 2,408.00 | | 2,633.92 | 56838048 |

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/04/2025 | late | Late Fee | 115.00 | | 2,748.92 | 57079087 |
| 09/01/2025 | utlsetup | Service Fee | 9.95 | | 2,758.87 | 57199426 |
| 09/01/2025 | utlsewcb | Sewer - 06/06/25-07/07/25 | 80.11 | | 2,838.98 | 57199427 |
| 09/01/2025 | utlgascb | Vacant Gas - 05/29/25-06/30/25 | 48.84 | | 2,887.82 | 57199428 |
| 09/01/2025 | utlsetup | Vacant Service Fee - 05/29/25-06/30/25 | 25.00 | | 2,912.82 | 57199429 |
| 09/01/2025 | utlwatcb | Water - 06/06/25-07/07/25 | 51.61 | | 2,964.43 | 57199430 |
| 09/01/2025 | filter | HVAC Filter (09/2025) | 9.95 | | 2,974.38 | 57802426 |
| 09/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (09/2025) | 40.00 | | 3,014.38 | 57802427 |
| 09/01/2025 | rent | Resident Rent (09/2025) | 2,408.00 | | 5,422.38 | 57802428 |
| 09/02/2025 | | chk# 40197691264118 :CHECKscan Payment | | 500.00 | 4,922.38 | 17748801 |
| 09/02/2025 | | chk# 40197691264100 :CHECKscan Payment | | 500.00 | 4,422.38 | 17748802 |
| 09/02/2025 | | chk# 40197691264091 :CHECKscan Payment | | 500.00 | 3,922.38 | 17748803 |
| 09/02/2025 | | chk# 40197691264073 :CHECKscan Payment | | 500.00 | 3,422.38 | 17748804 |
| 09/02/2025 | | chk# 40197691264082 :CHECKscan Payment | | 500.00 | 2,922.38 | 17748805 |
| 09/02/2025 | | chk# 40197691264127 :CHECKscan Payment | | 250.00 | 2,672.38 | 17748806 |
| 09/04/2025 | late | Late Fee | 115.00 | | 2,787.38 | 58048938 |
| 10/01/2025 | utlsetup | Service Fee | 9.95 | | 2,797.33 | 58289113 |
| 10/01/2025 | utlsewcb | Sewer - 07/08/25-08/06/25 | 40.51 | | 2,837.84 | 58289114 |
| 10/01/2025 | utlgascb | Vacant Gas - 06/30/25-07/30/25 | 45.17 | | 2,883.01 | 58289115 |
| 10/01/2025 | utlsetup | Vacant Service Fee - 06/30/25-07/30/25 | 25.00 | | 2,908.01 | 58289116 |
| 10/01/2025 | utlwatcb | Water - 07/08/25-08/06/25 | 27.33 | | 2,935.34 | 58289117 |
| 10/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (10/2025) | 40.00 | | 2,975.34 | 58788212 |
| 10/01/2025 | rent | Resident Rent (10/2025) | 2,408.00 | | 5,383.34 | 58788213 |
| 10/01/2025 | filter | HVAC Filter (10/2025) | 9.95 | | 5,393.29 | 58788214 |
| 10/04/2025 | late | Late Fee | 115.00 | | 5,508.29 | 59028547 |
| 10/14/2025 | legalfee | Legal Fee | 100.00 | | 5,608.29 | 59083748 |
| 11/01/2025 | utlsetup | Service Fee | 9.95 | | 5,618.24 | 59142436 |
| 11/01/2025 | utlsewcb | Sewer - 08/07/25-09/04/25 | 48.99 | | 5,667.23 | 59142437 |
| 11/01/2025 | utlgascb | Vacant Gas - 07/30/25-08/28/25 | 53.73 | | 5,720.96 | 59142438 |
| 11/01/2025 | utlsetup | Vacant Service Fee - 07/30/25-08/28/25 | 25.00 | | 5,745.96 | 59142439 |
| 11/01/2025 | utlwatcb | Water - 08/07/25-09/04/25 | 32.53 | | 5,778.49 | 59142440 |
| 11/01/2025 | filter | HVAC Filter (11/2025) | 9.95 | | 5,788.44 | 59743567 |
| 11/01/2025 | rent | Resident Rent (11/2025) | 2,408.00 | | 8,196.44 | 59743568 |
| 11/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (11/2025) | 40.00 | | 8,236.44 | 59743569 |
| 11/04/2025 | late | Late Fee | 115.00 | | 8,351.44 | 60106402 |
| 12/01/2025 | utlsetup | Service Fee | 9.95 | | 8,361.39 | 60276624 |
| 12/01/2025 | utlsewcb | Sewer - 09/05/25-10/03/25 | 55.59 | | 8,416.98 | 60276625 |
| 12/01/2025 | utlgascb | Vacant Gas - 08/28/25-09/29/25 | 59.07 | | 8,476.05 | 60276626 |
| 12/01/2025 | utlsetup | Vacant Service Fee - 08/28/25-09/29/25 | 25.00 | | 8,501.05 | 60276627 |
| 12/01/2025 | utlwatcb | Water - 09/05/25-10/03/25 | 36.58 | | 8,537.63 | 60276628 |
| 12/01/2025 | smtreng2 | Smart Home Fee w/ Video Doorbell (12/2025) | 40.00 | | 8,577.63 | 60862640 |
| 12/01/2025 | rent | Resident Rent (12/2025) | 2,408.00 | | 10,985.63 | 60862641 |
| 12/01/2025 | filter | HVAC Filter (12/2025) | 9.95 | | 10,995.58 | 60862642 |
| 12/04/2025 | late | Late Fee | 115.00 | | 11,110.58 | 61094471 |
| 01/01/2026 | utlsetup | Service Fee | 9.95 | | 11,120.53 | 61243672 |
| 01/01/2026 | utlsewcb | Sewer - 10/04/25-11/04/25 | 55.59 | | 11,176.12 | 61243673 |
| 01/01/2026 | utlgascb | Vacant Gas - 09/29/25-10/31/25 | 73.62 | | 11,249.74 | 61243674 |
| 01/01/2026 | utlsetup | Vacant Service Fee - 09/29/25-10/31/25 | 25.00 | | 11,274.74 | 61243675 |
| 01/01/2026 | utlwatcb | Water - 10/04/25-11/04/25 | 36.58 | | 11,311.32 | 61243676 |
| 01/01/2026 | smtreng2 | Smart Home Fee w/ Video Doorbell (01/2026) | 40.00 | | 11,351.32 | 61828821 |
| 01/01/2026 | rent | Resident Rent (01/2026) | 2,408.00 | | 13,759.32 | 61830055 |
| 01/01/2026 | filter | HVAC Filter (01/2026) | 9.95 | | 13,769.27 | 61837479 |