**Matthew Totten**

**From:** Curtis Parker <curtis.parker1776@gmail.com>
**Sent:** Wednesday, December 31, 2025 11:50 AM
**To:** Matthew Totten
**Subject:** Re: 25-61216-bem Notice (BK)

**External Sender** - From: (Curtis Parker <curtis.parker1776@gmail.com>)
This message came from outside your organization.

Learn More

Hello Mr Totten,
I wanted to make you aware the house is no longer listed on Airbnb effective yesterday. I was also wanting to request the funds be direct deposited into my account due to the mail is being forwarded. Please advise what account information is needed.
Thanks

Sent from my iPhone

> On Dec 29, 2025, at 5:38 PM, Matthew Totten <mft@tottenfirm.com> wrote:
>
> Mr. Parker –
>
> See attached notice filed with the bankruptcy court, as filed.
>
> Thanks

<image001.png>

**Matthew F. Totten**
*Managing Attorney*

**Phone** (404) 692-4342    **Email** mft@tottenfirm.com
**Mailing Address** 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338
**Web** http://www.tottenfirm.com

<image002.png>

**Notice**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by the telephone number listed above and delete this message and all copies and backups thereof. Thank you.

**From:** no-reply-notices@ganb.uscourts.gov <no-reply-notices@ganb.uscourts.gov>
**Sent:** Monday, December 29, 2025 5:36 PM
**To:** CourtMail@ganb.uscourts.gov
**Subject:** 25-61216-bem Notice (BK)

1