Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb  https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

**Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc  
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 1 of 9**





# Parks

Share   Save







Show all photos

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb  https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem   Doc 40-3   Filed 01/16/26   Entered 01/16/26 21:03:07   Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy   Dated 12/22/2025   Page 2 of 9

# Entire home in Dacula, Georgia

6 guests · 3 bedrooms · 3 beds · 2 baths



Guest favorite

One of the most loved homes on Airbnb, according to guests

4.88 ★★★★★

41 Reviews



Add dates for prices

CHECK-IN
Add date

CHECKOUT
Add date

GUESTS
1 guest

Check availability

🚩 Report this listing



Hosted by Curtis
9 months hosting

---

🚪 **Self check-in**
Check yourself in with the keypad.

🏠 **Extra spacious**
Guests love this home's spaciousness for a comfortable stay.

📍 **Peace and quiet**
Guests say this home is in a quiet area.

---

Some info has been automatically translated. **Show original**

Relax with the whole family at this peaceful place to stay.

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 3 of 9

## Where you'll sleep

1 / 2





**Bedroom 1**
1 king bed

**Bedroom 2**
1 queen bed

## What this place offers

Kitchen

Wifi

Free parking on premises

Pets allowed

TV

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

**Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 4 of 9**

- Washer
- Free dryer
- Air conditioning
- Indoor fireplace
- Exterior security cameras on property

Show all 21 amenities

# Select check-in date

Add your travel dates for exact pricing

### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | ~~1~~ | ~~2~~ | ~~3~~ | ~~4~~ | ~~5~~ | ~~6~~ |
| ~~7~~ | ~~8~~ | ~~9~~ | ~~10~~ | ~~11~~ | ~~12~~ | ~~13~~ |
| ~~14~~ | ~~15~~ | ~~16~~ | ~~17~~ | ~~18~~ | ~~19~~ | ~~20~~ |
| ~~21~~ | ~~22~~ | ~~23~~ | ~~24~~ | ~~25~~ | ~~26~~ | ~~27~~ |
| ~~28~~ | ~~29~~ | ~~30~~ | ~~31~~ |   |   |   |

### January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | ~~1~~ | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 5 of 9



Clear dates



## 4.88

### Guest favorite

This home is a guest favorite based on ratings, reviews, and reliability

| Overall rating | Cleanliness | Accuracy | Check-in | Communication | Location | Value |
|---|---|---|---|---|---|---|
| 5<br>4<br>3<br>2<br>1 | 4.8 | 4.9 | 5.0 | 4.9 | 5.0 | 4.8 |



**Tram**
4 years on Airbnb

★★★★★ · 1 day ago · Group trip

Great stay! The place was very clean, comfortable, and



**Shaneika**
Grovetown, Georgia

★★★★★ · 2 weeks ago · Stayed one night

This home was a great fit for my close friends and I. It

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb	https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 6 of 9

exactly as described. The host was friendly and responsive. Would definitely stay again.

was peaceful, pleasant, and beautiful. We felt safe and comfortable for our one night stay.

 **Jodie**
Hoschton, Georgia

★★★★★ · 4 weeks ago · Stayed a few nights

This home was perfect and Curtis was very responsive. It was near everything including shopping, I-85, Mall of Georgia, restaurants, etc. The house was spotless an…

Show more

 **Sharon**
Taylors, South Carolina

★★★★★ · 1 week ago · Stayed one night

Great space for a girlfriend weekend getaway. Extremely clean and spacious. Highly recommend, we would stay there again.

 **Cortney**
Chapin, South Carolina

★★★★★ · 3 weeks ago · Group trip

Sweet house in a quiet established neighborhood. We appreciated that there were plenty of bathroom linens and hot water. The huge tv was a hit with our teens. A…

Show more

 **Kimberly**
Greenville, South Carolina

★★★★☆ · November 2025 · Stayed with a pet

Very spacious home in nice neighborhood. Great fenced yard for pets. It is listed as no essentials and that is the case. Also, no extra linens, pillows, blankets…

Show more

Show all 41 reviews          How reviews work

## Where you'll be

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 7 of 9

Dacula, Georgia, United States

## Meet your host

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 8 of 9



| 41 |
|---|
| Reviews |

| 4.88  |
|---|
| Rating |

| 9 |
|---|
| Months hosting |

**Curtis**
Host

### Host details

Response rate: 100%
Responds within an hour

Message host

 To help protect your payment, always use Airbnb to send money and communicate with hosts.

# Things to know

### Cancellation policy
Add your trip dates to get the cancellation details for this stay.
Add dates

### House rules
Check-in after 3:00 PM
Checkout before 11:00 AM
6 guests maximum
Learn more

### Safety & property
Exterior security cameras on property
Carbon monoxide alarm
Smoke alarm
Learn more

Airbnb  >  United States  >  Georgia  >  Gwinnett County

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-3    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc Exhibit C - Debtors AirBnB Listing of 1149 Autumn Glen Wy    Dated 12/22/2025    Page 9 of 9

## Support

Help Center

Get help with a safety issue

AirCover

Travel insurance

Anti-discrimination

Disability support

Cancellation options

Report neighborhood concern

## Hosting

Airbnb your home

Airbnb your experience

Airbnb your service

AirCover for Hosts

Hosting resources

Community forum

Hosting responsibly

Airbnb-friendly apartments

Join a free Hosting class

Find a co-host

Refer a host

## Airbnb

2025 Summer Release

Newsroom

Careers

Investors

Gift cards

Airbnb.org emergency stays

© 2025 Airbnb, Inc.   ·   Privacy   ·   Terms   ·   Your Privacy Choices

English (US)    $ USD