

**THE TOTTEN FIRM**
REAL ESTATE ATTORNEYS

2090 Dunwoody Club Dr, Ste 106-33, Atlanta, GA 30350

Matthew F.Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

December 29, 2025

**VIA UPS (#1ZK056E90234680591) AND POSTING**

Curtis Parker, all others
1149 Autumn Glen Way
Dacula, GA 30019

RE: <u>Termination of Lease and Demand for Possession of 1149 Autumn Glen Way</u>, hereinafter, the "Premises"

Dear Occupants:

Please be advised that this firm has been retained to represent **2017-1 IH Borrower LP** ("Landlord") regarding the Premises.

As you are aware, under the terms of the Lease for the Premises, your Lease specifically limits who may occupy the Premises as a tenant. See Lease, Sec. 2, 2.1. Only those persons identified within the Lease are authorized to reside at the Premises, and any person not specifically identified in the Lease who desire to reside therein must apply and notify Landlord. Id. Subletting or assignment of the Premises for others to reside therein is expressly barred under the Lease and serves as additional basis for default and termination of the Lease. Lease, Sec. 8. Notably, the prohibition against subletting the Premises is inclusive of any short-term rental of the Premises.

Any breach of the foregoing provisions authorizes Landlord to default and terminate you under the terms of the Lease for the Premises. See e.g. Lease, Sec. 12, 18.

As you know, you impermissibly – and without authorization – sublet and/or used the Premises as a short-term rental, as evidenced by your public history on a prominent short-term rental platform, AirBnB. See attachments included hereto.

Based on the foregoing, you are in default of the lease for the Premises. In light of the foregoing default, the Landlord herein elects to terminate your lease for the Premises. The Landlord resultingly demands immediate possession of the Property.

Please contact your Landlord to return your keys and schedule a move-out inspection. Should you fail to vacate the Premises, the Landlord will pursue all rights and remedies it may have under Georgia law,

including filing for an eviction against you as a tenant at sufferance.

The foregoing is not intended to be an exhaustive recitation of the entirety of your breaches of the Lease for the Premises, but instead is merely illustrative of one express basis to terminate the Lease for the Premises. Nothing in this letter shall be deemed a waiver of any of Landlord's rights or remedies under the Lease or Georgia law.

Sincerely,

THE TOTTEN FIRM, LLC

Matthew F. Totten, Esq.



Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem   Doc 40-8   Filed 01/16/26   Entered 01/16/26 21:03:07   Desc
Exhibit H - December 29   2025   Letter re Termination of Lease and Demand for Pos   Page 4 of 12






# Parks









Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29    2025    Letter re Termination of Lease and Demand for Pos    Page 5 of 12

# Entire home in Dacula, Georgia

6 guests · 3 bedrooms · 3 beds · 2 baths

 

 Hosted by Curtis
9 months hosting

**Self check-in**
Check yourself in with the keypad.

**Extra spacious**
Guests love this home's spaciousness for a comfortable stay.

**Peace and quiet**
Guests say this home is in a quiet area.

Some info has been automatically translated. **Show original**

Relax with the whole family at this peaceful place to stay.

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb     https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29    2025    Letter re Termination of Lease and Demand for Pos    Page 6 of 12

## Where you'll sleep

1 / 2   



**Bedroom 1**
1 king bed



**Bedroom 2**
1 queen bed

## What this place offers

- Kitchen
- Wifi
- Free parking on premises
- Pets allowed
- TV

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb  https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc Exhibit H - December 29    2025    Letter re Termination of Lease and Demand for Pos    Page 7 of 12

- Washer
- Free dryer
- Air conditioning
- Indoor fireplace
- Exterior security cameras on property

Show all 21 amenities

## Select check-in date

Add your travel dates for exact pricing

### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | ~~1~~ | ~~2~~ | ~~3~~ | ~~4~~ | ~~5~~ | ~~6~~ |
| ~~7~~ | ~~8~~ | ~~9~~ | ~~10~~ | ~~11~~ | ~~12~~ | ~~13~~ |
| ~~14~~ | ~~15~~ | ~~16~~ | ~~17~~ | ~~18~~ | ~~19~~ | ~~20~~ |
| ~~21~~ | ~~22~~ | ~~23~~ | ~~24~~ | ~~25~~ | ~~26~~ | ~~27~~ |
| ~~28~~ | ~~29~~ | ~~30~~ | ~~31~~ |   |   |   |

### January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | ~~1~~ | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb    https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29, 2025    Letter re Termination of Lease and Demand for Pos    Page 8 of 12



Clear dates



## 4.88

### Guest favorite

This home is a guest favorite based on
ratings, reviews, and reliability

| Overall rating | Cleanliness | Accuracy | Check-in | Communication | Location | Value |
|---|---|---|---|---|---|---|
| 5<br>4<br>3<br>2<br>1 | 4.8 | 4.9 | 5.0 | 4.9 | 5.0 | 4.8 |



**Tram**
4 years on Airbnb

★★★★★ · 1 day ago · Group trip

Great stay! The place was very clean, comfortable, and



**Shaneika**
Grovetown, Georgia

★★★★★ · 2 weeks ago · Stayed one night

This home was a great fit for my close friends and I. It

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29, 2025 Letter re Termination of Lease and Demand for Pos...   Page 9 of 12

exactly as described. The host was friendly and responsive. Would definitely stay again.

was peaceful, pleasant, and beautiful. We felt safe and comfortable for our one night stay.



**Jodie**
Hoschton, Georgia

★★★★★ · 4 weeks ago · Stayed a few nights

This home was perfect and Curtis was very responsive. It was near everything including shopping, I-85, Mall of Georgia, restaurants, etc. The house was spotless an…

Show more



**Sharon**
Taylors, South Carolina

★★★★★ · 1 week ago · Stayed one night

Great space for a girlfriend weekend getaway. Extremely clean and spacious. Highly recommend, we would stay there again.



**Cortney**
Chapin, South Carolina

★★★★★ · 3 weeks ago · Group trip

Sweet house in a quiet established neighborhood. We appreciated that there were plenty of bathroom linens and hot water. The huge tv was a hit with our teens. A…

Show more



**Kimberly**
Greenville, South Carolina

★★★★☆ · November 2025 · Stayed with a pet

Very spacious home in nice neighborhood. Great fenced yard for pets. It is listed as no essentials and that is the case. Also, no extra linens, pillows, blankets…

Show more

Show all 41 reviews          How reviews work

## Where you'll be

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29, 2025, Letter re Termination of Lease and Demand for Pos    Page 10 of 12

Dacula, Georgia, United States

## Meet your host

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb   https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29    2025    Letter re Termination of Lease and Demand for Pos    Page 11 of 12



| | |
|---|---|
| **41** | |
| Reviews | |
| **4.88**  | |
| Rating | |
| **9** | |
| Months hosting | |

**Curtis**
Host

### Host details

Response rate: 100%
Responds within an hour

Message host

 To help protect your payment, always use Airbnb to send money and communicate with hosts.

## Things to know

| Cancellation policy | House rules | Safety & property |
|---|---|---|
| Add your trip dates to get the cancellation details for this stay.<br>Add dates | Check-in after 3:00 PM<br>Checkout before 11:00 AM<br>6 guests maximum<br>Learn more | Exterior security cameras on property<br>Carbon monoxide alarm<br>Smoke alarm<br>Learn more |

Parks - Houses for Rent in Dacula, Georgia, United States - Airbnb	https://www.airbnb.com/rooms/1355077863701094619?location=Dacula%2C%20GA%203...

Case 25-61216-bem    Doc 40-8    Filed 01/16/26    Entered 01/16/26 21:03:07    Desc
Exhibit H - December 29, 2025 Letter re Termination of Lease and Demand for Pos    Page 12 of 12

| Support | Hosting | Airbnb |
|---|---|---|
| Help Center | Airbnb your home | 2025 Summer Release |
| Get help with a safety issue | Airbnb your experience | Newsroom |
| AirCover | Airbnb your service | Careers |
| Travel insurance | AirCover for Hosts | Investors |
| Anti-discrimination | Hosting resources | Gift cards |
| Disability support | Community forum | Airbnb.org emergency stays |
| Cancellation options | Hosting responsibly | |
| Report neighborhood concern | Airbnb-friendly apartments | |
| | Join a free Hosting class | |
| | Find a co-host | |
| | Refer a host | |

© 2025 Airbnb, Inc.  ·  Privacy  ·  Terms  ·  Your Privacy Choices

English (US)    $ USD