**IT IS ORDERED as set forth below:**



**Date: January 21, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v. | Contested Matter |
| 2017-1 IH BORROWER LP, | |
| Respondent. | |

### ORDER AND NOTICE OF EVIDENTIARY HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that an evidentiary hearing on Debtor's *Amended Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay* [Doc 21], Debtor's *Amended Motion for Additional Sanctions Against Invitation Homes for Willful Violation of the Automatic Stay* [Doc. 22], and Debtor's *Amended Motion for Sanctions for Willful Violation of the Automatic Stay* [Doc. 23] will be held on **March 31, 2026,**

**at 1:30 PM**, in **COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

Counsel and parties appearing *pro se* are hereby directed to file on the docket witness lists and marked exhibits, with a cover page listing the exhibits, and to ensure the opposing party receives copies of same, on or before **March 24, 2026**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date and serve a copy on the opposing party. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

## Distribution List

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-61216-bem |
| Curtis Parker | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf534 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Curtis Parker, 1149 Autumn Glen Way, Dacula, GA 30019-4842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kyle A. Cooper | kylecoopertrustee@gmail.com  ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor 2017-1 IH Borrower LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3