**IT IS ORDERED as set forth below:**

**Date: January 9, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>    Debtor.<br><br>CURTIS PARKER,<br><br>    Movant,<br><br>v.<br>2017-1 IH BORROWER, LP,<br><br>    Respondent. | CASE NO. 25-61216-BEM<br><br>CHAPTER 7<br><br><br><br><br><br>Contested Matter |

**O R D E R**

On November 10, 2025, Debtor filed a *Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay*, which he subsequently supplemented and amended several times (collectively, the "Motion for Sanctions"). [Docs. 11, 15, 17, 21, 22, 23]. The Motion for Sanctions was scheduled for an evidentiary hearing on March 31, 2026. [Doc. 24]. On

December 29, 2025, Respondent filed a *Notice of Settlement* stating that the parties have entered into a settlement resolving all claims against Respondent. [Doc. 30]. On January 6, 2026, Debtor filed a *Motion to Dismiss Based on Settlement*, in which he states that the parties have reached a settlement that fully resolves the disputes in this contested matter and requests that the matter be dismissed with prejudice the (the "Motion to Dismiss"). [Doc. 32]. Accordingly, it is

ORDERED that the Motion to Dismiss is GRANTED, and the Motion for Sanctions is DISMISSED with prejudice. The evidentiary hearing scheduled in this matter for March 31, 2026 is cancelled.

**END OF ORDER**

2

**Distribution List**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338