# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk  
United States District Court

DATE: February 2, 2026

RE: 25-61216-bem  
Bankruptcy Case No.

Curtis Parker  
Debtor(s)

2017-1 IH Borrower LP

    Appellant

vs

Curtis Parker

    Appellee

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 1/30/2026 – Doc.# 47  
    File date of Orders being appealed from 1/21/2026 – Doc. #43, 44

☐ Supplemental Record to USDC Case No.

**Contents of Record:**
☒ Documents 43, 44, 47, 48, Docket Sheet  
☐ Designated items – Designations not filed    ☐ Appellant(s)    ☐ Appellee  
Filing Fee Paid - ☒ Yes    ☐ No

FROM: Vania S. Allen, Clerk of Court  
          United States Bankruptcy Court

By: /s/_____  
    Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*