

**IT IS ORDERED as set forth below:**

**Date: February 2, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| 2017-1 IH BORROWER, LP, | |
| Movant, | |
| v. | Contested Matter |
| CURTIS PARKER, | |
| Respondent. | |

### ORDER AND NOTICE OF HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Movant's *Motion and Incorporated Brief for Stay Pending Appeal & to Suspend Any Injunction Prohibiting Movant From Exercising Its State Law Rights* [Doc. 48] shall be held on **February 10, 2026, at 10:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL

FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. The hearing must be attended in person unless the Court orders otherwise.

**END OF ORDER**

**Distribution List**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338