**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 2/3/2026 at 11:43 AM EST and filed on 2/2/2026

**Case Name:**     2017-1 IH Borrower, LP v. Parker
**Case Number:**    1:26-cv-00584-SDG
**Filer:**     2017-1 IH Borrower, LP
**Document Number:** 1

**Docket Text:**
**Bankruptcy Notice of Appeal, USBC Case#: 25-61216-bem. Notice of Appeal filed 1/30/2026 from Order entered 1/21/2026 by Appellant 2017-1 IH Borrower LP. Fee Paid: Yes. USBC Receipt No. A64876381. filed by 2017-1 IH Borrower, LP. (Attachments: # (1) Notice of Appeal, # (2) Order being Appealed Doc. #43, # (3) Motion for Stay Pending Appeal Doc. #48, # (4) Docket Sheet)(mrg) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.**


**1:26-cv-00584-SDG Notice has been electronically mailed to:**

Matthew Franklin Totten     mft@tottenfirm.com, jet@tottenfirm.com, mtots@recap.email

**1:26-cv-00584-SDG Notice has been delivered by other means to:**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/3/2026] [FileNumber=15493525-0
] [19fa83af83e26e75595ddda11503c8d3ce3dcdb47b1a83b5efb9e4e902fb563e1d0
81d8447618937988bc1e3a42e0f65dd467a6c071a731d2cf4abcb5368d87a]]
**Document description:** Notice of Appeal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/3/2026] [FileNumber=15493525-1
] [573c57925dc97f8710ca40c762d4e09e7d6e73ebf5da25d728b3e9f79281942ce40
540d308f044daf932c7b9221534831e955673dea5c19d0e7b097439d33f16]]
**Document description:** Order being Appealed Doc. #43
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/3/2026] [FileNumber=15493525-2
] [89d2aa85b43949072b2ee3989f54f15815de8270063a3f23daf5789c1e32cb69ec7
3badc135bd256ded19449dd7ab74df72ae1089edda77cb245acaa4fb61d8c]]
**Document description:** Motion for Stay Pending Appeal Doc. #48
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/3/2026] [FileNumber=15493525-3
] [2850993b8166e9d22a21e707fe190811c809831100286b191be57fce9be6c6954ff
1261ff921ccdf136b58aa284ae55b39854bd22d8b5108e5d87353006f8c4c]]
**Document description:** Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/3/2026] [FileNumber=15493525-4
] [1d7853237fe10d9b73fab330a494c777f028b6653c3697cfa0dbdd9626828dcdf2e
e1704e51b05f369d36b1b0d71ffd7c8914a787532464d99368774dad1ec91]]