# U. S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## REQUEST FOR TRANSMITTAL OF TRANSCRIPT
(Please use one form for each separate matter.)

I wish to obtain a transcript of the following:

| | |
|---|---|
| Date of Hearing or Trial: | January 20, 2026 |
| Time of Hearing or Trial: | 11am |
| Debtor(s) Name: | Curtis Parker |
| Case Number: | 25-61216-bem |
| Adversary Proc. No.: | |
| Judge: | Barbara Ellis-Monro |
| Title of Hearing or Trial: | ORDER AND NOTICE OF EVIDENTIARY HEARING |

Request Type:
- ☐ Audio Transcript-CD    Fee: $34.00 per hearing
- ☑ Audio Transcript-MP3   Fee: $34.00 per hearing

☑ Written Transcript
Fee & Delivery*:
- ☑ **Ordinary** (30 day)
- ☐ **14-Day** (14 day)
- ☐ **Expedited** (07 day)
- ☐ **Daily** (24 hour)

(for estimation purposes, 1 hour = 45 pages)

Transcriber: Felicia Harris / YourTranscriptionist.com

If purchasing an audio transcript of the hearing or trial identified above, I understand the audio will be available after the court has received payment of the fee. Payment may be made via Pay.gov, law firm check, or money order. I also understand that delivery of a CD is not included in the $34.00 fee. If I would like the CD delivered to me, I must provide the Clerk with a postage-paid mailer. If requesting a written transcript, I understand that I must send this request form to the transcription firm I have indicated, and it is my responsibility to contact that firm and request that it prepare the written transcript. I further understand that it is my responsibility to make arrangements with the transcriber for payment of service. The transcriber will contact the Clerk and retrieve the audio files directly.

| | |
|---|---|
| Name: | Matthew F. Totten |

**Non-attorneys:** Please also include the name of attorney on whose behalf transcript is requested.

| | |
|---|---|
| Firm: | The Totten Firm, LLC |
| Address: | 5579 Chamblee-Dunwoody Rd Ste B-136, Atlanta GA 30338 |
| Telephone: | 4046924342 |
| E-Mail: | mft@tottenfirm.com |
| Date: | 2/10/2026 |
| Signature: | [signed] GA# 798589 |

Transcript Request Form updated 10-01-2024

*For the current maximum per page transcript rates, see Federal Court Reporting Program | United States Courts