**Matthew Totten**

| | |
|---|---|
| **From:** | YourTranscriptionist <yourtranscriptionist1@gmail.com> |
| **Sent:** | Tuesday, February 10, 2026 3:59 PM |
| **To:** | Matthew Totten |
| **Subject:** | Re: Transcript, US BK Court, Atlanta |

**External Sender** - From: (YourTranscriptionist <yourtranscriptionist1@gmail.com>)
This message came from outside your organization.

Learn More

You're welcome.

**Felicia A. Harris**
YourTranscriptionist.com
404-583-3295



On Tue, Feb 10, 2026 at 3:56 PM Matthew Totten <mft@tottenfirm.com> wrote:

Thanks again for the quick return call and email – please see the attached transcript request form for In re Parker, 25-61216-bem, relating to that hearing on 1/20/2026 at 11am.

Thanks,



**Matthew F. Totten**

*Managing Attorney*

**Phone** (404) 692-4342   **Email** mft@tottenfirm.com

1