# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: February 13, 2026

RE: 25-61216-bem
Bankruptcy Case No.

Curtis Parker
Debtor(s)

2017-1 IH Borrower LP

    Appellant

vs

Curtis Parker

    Appellee

## SUPPLEMENTAL S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 1/30/2026 – Doc.# 47
File date of Orders being appealed from 1/21/2026 – Doc. #43, 44

☒ Supplemental Record to USDC Case No. 26-cv-00584-SDG

**Contents of Record:**
☒ Document #57 Motion to dismiss by Appellee
☐ Designated items – Designations not filed   ☐ Appellant(s)   ☐ Appellee
Filing Fee Paid -  ☒ Yes   ☐ No

FROM: Vania S. Allen, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*