

**IT IS ORDERED as set forth below:**

**Date: March 27, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v. | Contested Matter |
| 2017-1 IH BORROWER, LP, | |
| Respondent. | |

**O R D E R**

On March 18, 2026, the parties filed a *Notice of Filing, Settlement*. [Doc. 65]. In

the Notice, the parties indicate that they have reached a full and final settlement agreement as to

all pending matters between Respondent and Movant, including Debtor's motions at Docs. 21, 22,

23, 35, and 36 and a related appeal. Accordingly, the hearing scheduled for March 31, 2026 [Doc.

44] is cancelled.

**END OF ORDER**

## Distribution List

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338