**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

CURTIS PARKER,

Debtor.

2017-1 IH Borrower, LP

Appellant,

v.

CURTIS PARKER,

Appellee.

CIVIL ACTION FILE NO.
26-cv-00584-SDG
Chapter 7

Contested Matter

## NOTICE OF FILING, SETTLEMENT

COMES NOW 2017-1 IH Borrower, LP ("Respondent" or "Appellant"), and CURTIS

PARKER ("Movant" or "Appellee"), respectfully stating as follows:

1. The parties have reached a full and final settlement agreement as to all pending

    matters between Respondent and Movant, inclusive of the various motions as to

    purported automatic stay violations by Respondent. See Doc 21, 22, 23, 33, 35, 36

    (collectively "Motion").

2. As to the Motion, the parties stipulate that the settlement at issue between the

    parties has been fully consummated, with the $7,000.00 settlement amount

    credited to Movant-Debtor as being received and accepted.

3. Movant-Debtor specifically states herein that, subsequent to the application of the

    $7,000.00 settlement amount on his post-petition account by Respondent, that all

    claims raised by Movant-Debtor as to the Motion, specifically the various motions

    as to purported automatic stay violations by Respondent, are fully resolved.

4. In light of the foregoing, the parties further agree that the matter on appeal with the U.S. District Court, Northern District of Georgia, 26-cv-00584-SDG, has been fully resolved, with the appeal filed by Respondent-Appellant being resolved.

5. The parties specifically state herein that, in entering the instant settlement, that the appeal filed by Respondent-Appellant in U.S. District Court, Northern District of Georgia, 26-cv-00584-SDG, is unopposed by Movant-Debtor, with Movant-Debtor expressly stipulating herein that the matter on appeal should be marked as fully resolved and settled.

6. The parties further specifically state herein that, in entering the instant settlement, the parties agree that there was a meeting of the minds and settlement, with said settlement being fully consummated, as specifically asserted by Respondent-Appellant in the U.S. Bankruptcy Court, Northern district of Georgia, CAFN 25-61216-BEM, in Doc. 39.

7. The parties request herein that the appeal in U.S. District Court, Northern District of Georgia, 26-cv-00584-SDG be GRANTED in favor of Respondent-Appellant, in light of the parties fully agreeing that the contested settlement constituted a meeting of the minds, with full consideration already being received and accepted by Debtor-Movant.

Signature: _____

Name: Curtis Parker, pro se

Signature: *Matthew F. Totten*

Name:        Matthew F. Totten, GA #798589

Title:       Attorney for 2017-1 IH Borrower, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the **Notice of Filing, Settlement**

using the CM/ECF system, which will automatically send email notification of such filing to all

interested parties.  Additionally, I have served the same by First Class U.S. Mail and e-mail upon

the below pro se party:

Curtis Parker, *Pro se*
1149 Autumn Glen Way
Dacula, GA 30019
curtis.parker1776@gmail.com

This 18th day of March, 2026.

THE TOTTEN FIRM, LLC                        _/s/ Matthew F. Totten_____
5579 Chamblee-Dunwoody Rd              Matthew F. Totten
Ste B-136                                          Georgia Bar No. 798589
Atlanta, GA 30338                             Attorney for 2017-1 IH Borrower LP
(404) 692-4342 (Telephone)
mft@tottenfirm.com (E-mail)