**IT IS ORDERED as set forth below:**

**Date: October 21, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v. | Contested Matter |
| TOYOTA FINANCIAL SERVICES, | |
| Respondent. | |

**ORDER AND NOTICE OF HEARING**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Debtor's *Emergency Motion for Expedited Hearing and Limited Preservation and Information Relief Concerning Repossessed Vehicle* [Doc. 69] shall be held on **November 3, 2026, at 11:30 AM, COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL

FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. The hearing must be attended in person unless the Court orders otherwise. It is further

ORDERED that Debtor shall serve a copy of this Order and Notice of Hearing on Respondent Toyota Financial Services within three days after entry of this Order and shall file a certificate of service evidencing same within three days thereafter.

**END OF ORDER**

**Distribution List**

*Via email from chambers*
Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

*Via ECF*
Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022