**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>Debtor. | CASE NO. 25-61216-BEM<br><br>CHAPTER 7 |
| CURTIS PARKER,<br><br>Movant,<br><br>v.<br>TOYOTA FINANCIAL SERVICES,<br><br>Respondent. | Contested Matter |

**CERTIFICATE OF MAILING**

A copy of the Order and Notice of Hearing on Debtor's Emergency Motion for Expedited Hearing and Limited Preservation and Information Relief Concerning Repossessed Vehicle [Doc. 70] was emailed to the following:

Curtis Parker
Curtis.Parker1776@gmail.com

Amber Nickell
Law Clerk to
Judge Barbara Ellis-Monro

Mailed: October 21, 2026

**END OF DOCUMENT**