25-61216-BEM

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT 23 P 2:46
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**CERTIFICATE OF SERVICE**

This is to certify that I have served the forgoing **Order and Notice of Hearing** by way of United States Postal Service and email to the following parties of record:

**Bankruptcy Trustee:**

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022
678-920-0793
kylecoopertrustee@gmail.com

And

Toyota Financial Services
Attn: Bankruptcy
Po Box 22171
Tempe, AZ 85285
Email: Consumer7@Nationalbankruptcy.com

**October 23, 2026**

Curtis Parker
2805 Wadley Lane
Dacula, GA 30019
(770) 369-6521
Email: Curtis.Parker1776@gmail.com

**IT IS ORDERED as set forth below:**

**Date: October 21, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>Debtor. | CASE NO. 25-61216-BEM<br><br>CHAPTER 7 |
| CURTIS PARKER,<br><br>Movant,<br><br>v.<br>TOYOTA FINANCIAL SERVICES,<br><br>Respondent. | Contested Matter |

**ORDER AND NOTICE OF HEARING**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Debtor's *Emergency Motion for Expedited Hearing and Limited Preservation and Information Relief Concerning Repossessed Vehicle* [Doc. 69] shall be held on **November 3, 2026, at 11:30 AM, COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL

FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. The hearing must be attended in person unless the Court orders otherwise. It is further

ORDERED that Debtor shall serve a copy of this Order and Notice of Hearing on Respondent Toyota Financial Services within three days after entry of this Order and shall file a certificate of service evidencing same within three days thereafter.

**END OF ORDER**