IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | CHAPTER 7 |
| CURTIS PARKER, | : | |
| | : | |
| Debtor. | : | CASE NO. **25-61216**-BEM |
| CURTIS PARKER, | : | |
| MOVANT | : | |
| v. | : | |
| TOYOTA MOTOR CREDIT CORPORATION, | : | |
| RESPONDENT. | : | |

**ANSWER AND RESPONSE TO DEBTOR'S EMERGENCY MOTION FOR EXPEDITED HEARING AND LIMITED PRESERVATION AND INFORMATION RELIEF CONCERNING REPOSSESSED VEHICLE**

COMES NOW Respondent TOYOTA MOTOR CREDIT CORPORATION (hereinafter referred to as "Respondent") specially appears and without waiving and defenses including personal jurisdiction, service and service of process and hereby files this answer to DEBTOR'S EMERGENCY MOTION FOR EXPEDITED HEARING AND LIMITED PRESERVATION AND INFORMATION RELIEF CONCERNING REPOSSESSED VEHICLE filed by Curtis Parker (hereinafter referred to as "Debtor") and without waiving any defenses, Answers as follows:

1.

The Debtor, Curtis Parker, filed this Chapter 7 case on September 29, 2025. Initially Debtor was represented by counsel Karmel Davis, but counsel withdrew on or about November 12, 2025. Debtor appears to have been proceeding Pro Se since this time.

2.

Respondent is the holder of a secured debt secured by a 2021 Lexus RX vehicle. The vehicle was financed on June 22, 2024. The amount financed was $45,377.81. Contract payments are $753.70 monthly due on the 6th of each month. The Contract interest rate is 5.99 percent. (See Retail Installment contract and electronic title attached as exhibit "A") The payoff on the debt is $36,194.09 as of October 30, 2026. The account is past due $4,223.30 as of 10/29/2026 which is composed of $3,483.30 in past due payments and $740.00 in late fees. (See payment history attached as exhibit "B")

3.

The meeting of creditors was scheduled for October 31, 2025 and was conducted and concluded on October 31, 2025. The Chapter 7 Trustee filed a "Report of No Distribution" on November 2, 2025. To date, the Debtor has never entered into a reaffirmation agreement with Respondent and has not filed a Motion to Redeem.

4.

Debtor's Motion alleges that Respondent, without prior notice to the Debtor, repossessed the 2021 Lexus RX without obtaining stay relief. Debtor also alleges that Respondent was obligated to enter in a reaffirmation agreement with the Debtor and by accepting payments mutually departed from the terms of the original contract thus requiring Respondent to provide notice to the Debtor prior to repossessing the vehicle. However all of

Debtor's arguments fail as they are inconsistent with the Bankruptcy Code, Federal case law, Georgia law, and the facts themselves.

5.

First the Debtor argues that Respondent didn't obtain a lift of stay Order. As to the Automatic stay, the stay terminated by operation of law on the 45th day after the Section 341 Meeting of Creditors, held October 31, 2025, as a result of Debtor's failure to move to redeem the Collateral or reaffirm the debt pursuant to 11 U.S.C. Section 521 (a)(6) and 11 U.S.C. Section 362 (h)(1). Both code sections provide that stay is lifted and the personal property is no longer property of the estate. Respondent was under no obligation to file a formal motion to lift automatic stay as the stay lifted 45 days after October 31, 2025 by operation of law. The vehicle was repossessed October 15, 2026 nearly a year after the meeting of creditors was conducted. (See Notice of Our plan to Sell property letter attached as exhibit "C")

6.

Second, the Debtor alleges that Respondent was required to enter into a reaffirmation agreement with Debtor. This is legally and factually incorrect. Reaffirmation is a voluntary process and Respondent can't be compelled to enter in a reaffirmation agreement as reaffirmation agreements are voluntary for both parties. (See In Re Taylor 3 F3d 1512 and 1515 (1993). Under 11 U.S.C. Section 524 (f), a Debtor is permitted to voluntarily repay a debt, however, ultimately the Debtor is required in the 11th Circuit, to either reaffirm, redeem or surrender personal property as indicated by the Court in the Taylor decision if the Debtor wishes to retain a vehicle (Taylor at 1516 and 1517) and thus a Creditor can recover the vehicle if it chooses to do so if the Debtor has not reaffirmed the debt or filed a Motion to Redeem.

7.

The Debtor next argues that Respondent was required to provide the Debtor notice prior to recovering the vehicle as the Respondent accepted payments from the Debtor thus creating a mutual Departure from the original contract necessitating a notice prior to repossession. Under Georgia law, a creditor is permitted to utilize self help such as repossession to recover a vehicle when the account is in default pursuant to O.C.G.A. Section 11-9-609. Moreover, as the attached payment history shows, (exhibit "B") there was no regular payment that Debtor paid in terms of amount or date. Debtor's argument that there was some "Mutual Departure" from the original contract and new terms requiring some sort of notice prior to repossession is simply not supported by the facts. However, Respondent did actually provide Debtor with a notice that the Debtor was in default prior to repossessing the vehicle, despite not being required to do so. (See Notice of Right to Cure Default letter attached as exhibit "D") Debtor's argument that Respondent was required to provide notice prior to the repossession is without any support under Georgia or Bankruptcy law and is moreover irrelevant as Respondent actually did provide a notice prior to repossession to the Debtor.

8.

Respondent's repossession of the 2021 Lexus RX was lawful and did not violate any requirements under the Bankruptcy Code or Georgia law. The motion should be denied and Respondent should be awarded reasonable attorney fees for responding to this frivolous motion.

WHEREFORE, Respondent prays that Debtor's Motion be denied and that it be afforded such other and further relief as this Court may deem just and proper.

This _2nd_Day of November, 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Respondent

By: /s/Andrew D Gleason
Andrew D. Gleason
Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900

## CERTIFICATE OF SERVICE

The undersigned, Andrew D. Gleason, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the

**ANSWER AND RESPONSE TO DEBTOR'S EMERGENCY MOTION FOR EXPEDITED HEARING AND LIMITED PRESERVATION AND INFORMATION RELIEF CONCERNING REPOSSESSED VEHICLE**

on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Kyle A. Cooper
Chapter 7 Trustee
120 Travertine Trail
Alpharetta, GA 30022

This __2nd Day of November 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Respondent

By: /s/Andrew D Gleason
Andrew D. Gleason
Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CURTIS PARKER<br>1149 AUTUMN GLEN WAY<br>Dacula, County of GWINNETT, GA 30019<br><br>Cell: N/A<br>[redacted] | N/A<br><br>Cell: N/A<br>Email: N/A | HENNESSY LEXUS OF GWINNETT<br>3383 SATELLITE BOULEVARD<br>DULUTH, GA 30096 |

[redacted] any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 2021 | Lexus RX | | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 1,500.00 is |
|---|---|---|---|---|
| 5.99 % | $ 8,888.59 | $ 45,377.81 | $ 54,266.40 | $ 55,766.40 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 753.70 | Monthly beginning 08/06/2024 |
| N/A | $ N/A | N/A |

N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 50.00 or 5 % of the part of the payment that is late, whichever is less.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Check Charge:** You agree to pay a charge equal to the greater of $30 or 5% of the check amount if any check you give us is dishonored and we make written demand that you do so.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If the goods or services are obtained primarily for business or agricultural use, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract, unless the law allows it.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X A N/A Co-Buyer Signs X A N/A

exhibit "A"

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY
TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

[redacted]

[redacted]HIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## ITEMIZATION OF AMOUNT [redacted]

1 Cash Price (including taxes of $ 3,001.81) — $ 45,090.81 (1)

2 Total Downpayment =

Trade-in N/A (Year) N/A (Make) N/A (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller to N/A | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 1,500.00 |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |

(If total downpayment is negative, enter "0" and see 4I below)

3 Unpaid Balance of Cash Price (1 minus 2) — $ 1,500.00 (2) — $ 43,590.81 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
- Life N/A $ N/A
- Disability N/A $ N/A — $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company — $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies — $ N/A

D Optional Gap Contract — $ 950.00

E Official Fees Paid to Government Agencies
- to N/A for N/A
- to N/A for N/A — $ N/A
- to N/A for N/A — $ N/A

F Government Taxes Not Included in Cash Price — $ N/A

G Government License and/or Registration Fees — $ N/A
- License Fee : $ 25.00
- Registration Fee : $ 99.00

H Government Certificate of Title Fees — $ 124.00

I Other Charges (Seller must identify who is paid and describe purpose.) — $ 18.00

| To | For | Amount |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ N/A |
| to Dealer | for Documentation Fee | $ 695.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf — $ 1,787.00 (4)

5 Amount Financed (3 + 4) — $ 45,377.81 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS B N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. SAFE-GUARD PRODUCTS INTERNATIONAL LLC
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X C [signature]

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell such insurance in Georgia. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x D N/A — Buyer Signature — N/A Date

x D N/A — Co-Buyer Signature — N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

[redacted]HIS CUSTOMER COMPLETED COPY WAS CREAT

OTHER IMPORT[redacted] IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

1. **FINANCE CHARGE AND PAYMENTS**

   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**

   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
   If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund o[f] insurance, maintenance, service, or other contract charges you agree that we may subtract the refund from what yo[u] owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information during credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay 15% of the amount you owe as attorney's fees, plus court costs. We will charge only attorney's fees and court costs the law permits.

   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

[redacted]STOMER COMPLETED COPY WAS CRE...

[redacted] IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

4. **WARRANTIES [redacted]**
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

7. **APPLICABLE LAW**
Federal law and the law of the state of Georgia apply to th contract.

8. **NEGATIVE CREDIT REPORT NOTICE**
**We may report information about your account to credi bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

[redacted]MER COMPLETED COPY WAS CF

[redacted] A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## ARBITRATION PROVISION

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs X E Curtis Parker ______ Co-Buyer Signs X E N/A ______

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NOTICE TO THE BUYER: Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X F Curtis Parker ______ Date 06/22/2024 Co-Buyer Signs X F N/A ______ Date N/A

Buyer Printed Name CURTIS PARKER Co-Buyer Printed Name N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A ______ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A ______ Address N/A

Seller signs HENNESSY LEXUS OF GWINNETT Date 06/22/2024 By X F [signature] Title FINANCE

Seller assigns its interest in this contract to Lexus Financial Services (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller HENNESSY LEXUS OF GWINNETT

By X G [signature] Title FINANCE

LAW

...es ...Reynolds and Reynolds Co.

[redacted] ...AL COUNSEL. ...HIS

... CREATED ON 06/22/2024 ...:25:34 PM GMT



TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

SECURE TITLE ADMINISTRATION, INC.

TitleExplorer

TOYOTA FINANCIAL SERVICES ▾ Search ▾ User Administration ▾ ZACHARY GOLDIN (/Account/Index) Help (/Home/Index) Logout (/Account/Logout)

# Account Details - f

Go Back

Account Number

**Status**
ACTIVE

## Customer Information

Customers: CURTIS PARKER
Co-Owner:

Address: 2508 WADLEY LANE
DACULA, GA, 30019

VIN

## Account Information

View Account Documents (/TitleAccount/AppXtenderViewer?accountNumbe
Show/Add Comments
Toyota DocLake Documents (/TitleAccount/DocLakeViewer?accountNum'

Account Type: Retail
Branch: 036
Account Status: TRP

License Plate:
essUnitCode=01)
Vehicle Make: LEXUS
01)

Dealer: HENNESSY LEXUS OF GWI...
Year: 2021

Request Adhoc Check
Request Copy ELT Record
Request ELT Repo
NTR WV Clearinghouse ELT
Lien Extension
Request Title History

Contract Status: ACTIVE
Title Trust: 03
Status: BKRPT, REPO

Account Rec'd: 06/25/2024
Last Changed: 10/16/2026

Contract Date: 06/22/2024
Final Payment: 09/06/2030

## Activities

AUTOMTCH
7/16/2024 9:13:05 AM
VERIFICATION, PERFECT ELECTRONIC TITLE Deta

Go Back

© 2026 - Secure Title Administration, Inc.

SECURE TITLE ADMINISTRATION, INC.

# TitleExplorer

TOYOTA FINANCIAL SERVICES ▾ Search ▾ User Administration ▾ ZACHARY GOLDIN (/Account/Index) Help (/Home/Index) Logout (/Account/Logout)

## Title Details

Back

### Title Information

Account No: [illegible]
Customer: PARKER CURTIS
VIN:
Issue State: GA

Batch No:
Title Number:
PA Lien Date:
Title Status: DISPOSITION PERFECT

E
Electronic Title

### Discrepant Information

Owners: CURTIS PARKER
PARKER CURTIS
Co-Owners:

Lienholder: TMCC/LEXUS ELT
LEXUS FINANCIAL SERVICES

VIN:

Vehicle Year: 2021
2021

### User Information

Corrected By:

Manual By:

Dispositioned By: AUTOMTCH

Back

© 2026 - Secure Title Administration, Inc.

TOYOTA FINANCIAL SERVICES

LEXUS Financial Services

# ACCOUNT HISTORY

**Customer Name:** Curtis Parker

**Account Number:** *******

**Vehicle**

**Date:** October 28, 2026

| Date Paid | PAYMENT AMOUNT | INTEREST PAID | PRINCIPAL PAID | MISC CHARGES PAID | LOAN BALANCE |
|---|---|---|---|---|---|
| 10/21/2026 | ($740.00) | $0.00 | $0.00 | ($740.00) | $35,268 89 |
| 9/23/2026 | $400.00 | $105.06 | $294.94 | $0.00 | $35,268 89 |
| 9/5/2026 | $300.00 | $146.54 | $153.46 | $0.00 | $35,563.83 |
| 8/11/2026 | $400.00 | $317.25 | $82.75 | $0.00 | $35,717 29 |
| 6/13/2026 | $700.00 | $226.21 | $473.79 | $0.00 | $35,800 04 |
| 5/11/2026 | $500.00 | $168.21 | $331.79 | $0.00 | $36,273.83 |
| 4/13/2026 | $500 00 | $145.57 | $354.43 | $0.00 | $36,605.62 |
| 3/20/2026 | $500.00 | $341.13 | $158.87 | $0.00 | $36,960.05 |
| 1/23/2026 | $1,261.10 | $81.71 | $1,179.39 | $0.00 | $37,118.92 |
| 1/10/2026 | $300.00 | $107.38 | $192.62 | $0.00 | $38,298.31 |
| 12/24/2025 | $300.00 | $107.92 | $192.08 | $0.00 | $38,490.93 |
| 12/7/2025 | $400.00 | $242.22 | $157.78 | $0.00 | $38,683.01 |
| 10/30/2025 | $753.70 | $544.72 | $208.98 | $0.00 | $38,840.79 |
| 9/6/2025 | ($753.70) | ($198.67) | ($555.03) | $0.00 | $39,049.77 |
| 9/6/2025 | $753.70 | $198.67 | $555.03 | $0.00 | $38,494.74 |
| 8/16/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $39,049.77 |
| 8/16/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $39,049.77 |
| 8/6/2025 | $753.70 | $394.51 | $359 19 | $0.00 | $39,049.77 |
| 7/31/2025 | $753.70 | $31 99 | $721.71 | $0.00 | $38 256.92 |
| 7/31/2025 | ($753.70) | ($31.99) | ($721.71) | $0.00 | $39,408.96 |
| 7/26/2025 | $753.70 | $323.37 | $430.33 | $0.00 | $38,978.63 |
| 7/26/2025 | ($753.70) | ($323.37) | ($430.33) | $0.00 | $38,687.25 |
| 7/6/2025 | $753.70 | $194.03 | $559.67 | $0.00 | $38,849.29 |
| 7/6/2025 | ($753.70) | ($194.03) | ($559.67) | $0.00 | $39,408.96 |
| 6/6/2025 | $753.70 | $203.28 | $550.42 | $0.00 | $39,408.96 |
| 5/6/2025 | $753.70 | $199.47 | $554.23 | $0.00 | $39,959.38 |
| 4/6/2025 | $753.70 | $208.88 | $544.82 | $0.00 | $40,513.61 |
| 3/6/2025 | $753.70 | $191.25 | $562.45 | $0.00 | $41,058.43 |
| 2/6/2025 | $753.70 | $214.48 | $539.22 | $0 00 | $41,620.88 |
| 1/6/2025 | $753.70 | $217.22 | $536.48 | $0.00 | $42,160.10 |
| 12/6/2024 | $753.70 | $212.87 | $540.83 | $0 00 | $42,696.58 |
| 11/6/2024 | $753.70 | $222.66 | $531.04 | $0.00 | $43,237.41 |
| 10/6/2024 | $753.70 | $231.77 | $521.93 | $0.00 | $43,768.45 |
| 9/4/2024 | $753.70 | $221.31 | $532.39 | $0.00 | $44,419.38 |
| 8/5/2024 | $753.70 | $327.66 | $426.04 | $0.00 | $44,951.77 |
| 7/27/2024 | $129.00 | $0.00 | $129.00 | $0.00 | $44,290.38 |

exhibit "B"

LEXUS
FINANCIAL SERVICES

Secured Party Name and Address:
Lexus Financial Services
PO Box 22171
Tempe, AZ 85285-2171

ACCOUNT NUMBER ENDING IN:
DESCRIPTION OF VEHICLE: 2021 LEXUS RX350L
VIN ENDING IN:

10/20/2026

CURTIS PARKER
2508 WADLEY LANE
DACULA, GA 30019

# NOTICE OF OUR PLAN TO SELL PROPERTY

**BANKRUPTCY NOTICE:** Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C.§§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE. IT IS PROVIDED TO YOU FOR INFORMATIONAL PURPOSES ONLY.**

Subject: Retail Installment Contract dated 06/22/2024 secured by the Vehicle described above.

We have the Vehicle because you broke promises in our agreement.

We will sell the Vehicle at private sale sometime after 11/04/2026. A sale could include a lease or license.

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will not still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 279-9032.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 279-9032, or write us at PO Box 22171, Tempe, AZ 85285-2171, and request a written explanation.

If you need more information about the sale call us at (800) 279-9032, or write us at PO Box 22171, Tempe, AZ 85285-2171.

We are sending this notice to the following other people who have an interest in the Vehicle or who owe money under your agreement: N/A

If you do not redeem the Vehicle, it will be sold. If the proceeds of the sale are insufficient to pay the contract balance and all other amounts due, we intend to pursue you for a deficiency claim.

Pursuant to Georgia law, you have the right to demand a public sale of the Vehicle. To exercise this right, you must send us a written notice within 10 days from the date of this notice by registered mail, certified mail or statutory overnight delivery sent to PO Box 22171, Tempe, AZ 85285-2171.

## HOW TO GET YOUR VEHICLE BACK

You have the right to get the Vehicle back (redeem) any time before it is sold by paying us the full amount you owe (not just the past due payments), including our expenses. The REDEMPTION section on page 2 specifies the amounts that you must pay directly to Lexus Financial Services ("LFS"), and the amounts that you may also be required to pay directly to other third parties to redeem the Vehicle. The amounts are estimated as of the date of this notice and may be subject to change based on additional expenses incurred and/or refunds or credits received.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.

exhibit "C"

ACCOUNT NUMBER ENDING IN . _ . . VIN ENDING IN

☐ If this box is checked, you can reinstate your contract up until the date specified in the REINSTATEMENT section on Page 2 of this notice. The REINSTATEMENT section specifies the amounts that you must pay directly to Lexus Financial Services ("LFS"), and the amounts that you may also be required to pay directly to other third parties to reinstate the contract. The amounts are estimated as of the date of this notice and may be subject to change based on additional installments that become due or expenses incurred before you reinstate the contract. Additionally, you must resume making your monthly installment payments and comply with all other terms and conditions of your contract. We may not be required to reinstate your contract for future defaults.

Payments to redeem or reinstate may be made to LFS at PO Box 4700, Phoenix, AZ 85030-4700 or you may call (800) 279-9032 for more information.

| REDEMPTION | | REINSTATEMENT |
|---|---|---|
| To REDEEM the Vehicle you must pay the following amounts directly to LFS at PO Box 4700, Phoenix, AZ 85030-4700 (and if applicable, the amounts owed to third parties set forth below) at any time prior to the sale of the Vehicle. | | You do not have the right to reinstate. |
| Unpaid Gross Balance under your contract (includes any accrued and unpaid finance charges) | $35,396.22 | |
| Unpaid Late Charges | $0.00 | |
| **Costs and Expenses:** | | |
| Repossession Costs | $740.00 | |
| Impound Fees | $0.00 | |
| **TOTAL AMOUNT DUE TO LFS TO REDEEM AS OF** 10/20/2026 | **$36,136.22** | |
| Plus any additional expenses incurred and less any additional refunds received. | | |
| To REDEEM the Vehicle you may ALSO be required to pay the following amounts directly to the third party repossession agent or auction location, as applicable. You can call LFS at (800) 279-9032 for more information regarding the current location of the Vehicle and the agent/auction's contact information. | | |
| Vehicle Storage Fee at the daily rate of beginning on 10/15/2026 | $10.00 | |
| Other: (Specify) N/A | $0.00 | |
| You may reclaim your personal property directly from the repossession agent even if you do not redeem the Vehicle or reinstate the contract. | | |

If you do not reinstate/redeem, additional charges related to the transportation and sale of the Vehicle will apply.

NOTICE: YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNTS DUE.

LEXUS FINANCIAL SERVICES

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**BANKRUPTCY NOTICE:** Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C.§§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE. IT IS PROVIDED TO YOU FOR INFORMATIONAL PURPOSES ONLY.**

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.

LEXUS FINANCIAL SERVICES

**LEXUS FINANCIAL SERVICES**
**PO BOX 22171**
**TEMPE, AZ 85285**
**(800) 279-9032**

[redacted]
CURTIS PARKER
C/O DEBTOR PRO SE

DACULA, GA 30019

| DATE OF CONTRACT | | DATE OF NOTICE |
|---|---|---|
| 06/22/2024 | | 09/10/2026 |
| ACCOUNT NUMBER [redacted] | | |
| DESCRIPTION OF COLLATERAL | | |
| YEAR 2021 | MAKE LEXUS | MODEL R' ' |
| VEHICLE IDENTIFICATION NUMBER | | |

## NOTICE OF RIGHT TO CURE YOUR DEFAULT

10/05/2026 is the **LAST DAY FOR PAYMENT**

$ 3,129.60 is the **AMOUNT TO CURE THE DEFAULT**

Dear CURTIS PARKER:

**You are now in default on the above-referenced retail installment contract ("Contract") with Lexus Financial Services. If you pay the AMOUNT TO CURE THE DEFAULT (see above) by the LAST DAY FOR PAYMENT (see above), you will cure this default and may continue under the Contract as though this default had not occurred. If you do not pay by that date, we may exercise our rights under the law. See payment instructions on page 2 and our contact information above and below (page 2) if you have questions about this notice.**

If you submit a payment to us that is less than the **AMOUNT TO CURE THE DEFAULT** set forth above, we may choose to keep that payment without waiving any rights we may have under the law, including, but not limited to repossession of the vehicle.

In the past, we may have accepted late payments from you without strictly enforcing the Contract terms. We are sending this notice to advise you that we intend to enforce the Contract unless you cure the default as described above.

Unless prohibited by state law, we reserve the right to take any actions we deem desirable or necessary to safeguard our interests in the vehicle including, but not limited to, taking physical possession of the vehicle if we deem the vehicle abandoned or in the possession of a third party in contravention of the Contract. We may exercise our right to recover the vehicle even though we are not obligated to do so. If we exercise our right to recover the vehicle prior to the **LAST DAY FOR PAYMENT**, unless prohibited by state or federal law, you may cure the default on or before the **LAST DAY FOR PAYMENT** (see above) by contacting us to recover the vehicle and paying us the **AMOUNT TO CURE THE DEFAULT** (see above), plus the costs we incurred to ...e the vehicle, if permitted under state law.

LEXUS FINANCIAL SERVICES

B... **NOTICE:** Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C. §§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**LEXUS FINANCIAL SERVICES**

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.

exhibit "D"

**PO BOX 22171**
**TEMPE, AZ 85285**
**(800) 279-9032**

If involuntary or voluntary repossession takes place, you may have the right to redeem the vehicle pursuant to conditions which will be outlined in subsequent correspondence to you. Even if you voluntarily surrender possession of the vehicle, you could still owe additional money after the money received from the sale of the vehicle is deducted from the total amount you owe.

**Payment instructions and contact information:** Make your payment payable to Lexus Financial Services and mail to us at our address listed above. Be sure to write your account number on your check. If you have any questions, promptly write us at the address listed above or telephone us at the telephone number that is listed both above and below.

Please note that the **AMOUNT TO CURE THE DEFAULT** (see page 1) does not include late fees and other miscellaneous charges assessed to the account, which are due and payable but not required to cure this default. Please refer to the billing statement or call us to obtain additional information.

Sincerely,

Lexus Financial Services
(800) 279-9032
Monday-Friday, 8AM – 9PM (Local Time)
Saturday, 8AM – 5PM (Local Time)

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report even if you cure this default.**

**BANKRUPTCY NOTICE:** Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C. §§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.