FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 NOV -3 A 11:00
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**CURTIS PARKER,**

Debtor.

Chapter 7 Case No. **25-61216-bem**

Judge: Barbara Ellis-Monro

## DEBTOR'S MOTION TO ACCEPT LATE-FILED FINANCIAL MANAGEMENT COURSE CERTIFICATE, EXTEND FILING DEADLINE RETROACTIVELY, AND ENTER CHAPTER 7 DISCHARGE

COMES NOW Curtis Parker ("Debtor"), appearing pro se, and respectfully moves this Honorable Court pursuant to 11 U.S.C. § 727(a)(11), Federal Rules of Bankruptcy Procedure 1007(b)(7), 1007(c)(4), 9006(b)(1), and 4004(c) for an order accepting his late-filed financial management course certificate, extending the filing deadline retroactively, and directing entry of his Chapter 7 discharge if no other statutory impediment exists.

In support thereof, Debtor states:

## I. FACTUAL BACKGROUND

1. Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, commencing Case No. 25-61216-bem.
2. Debtor has completed both required bankruptcy education courses, including the post-petition instructional course concerning personal financial management.

3. Debtor acknowledges that the certificate documenting completion of the second course was submitted after the applicable filing deadline.

4. Debtor's bankruptcy case remains open, according to the case status displayed in PACER.

5. To Debtor's knowledge, an Order of Discharge has not been entered.

6. Debtor respectfully requests acceptance of the late-filed certificate and a determination of whether any other legal impediment prevents entry of discharge.

## II. LEGAL AUTHORITY

7. Under 11 U.S.C. § 727(a)(11), completion of an approved instructional course concerning personal financial management is ordinarily a prerequisite to receiving a Chapter 7 discharge.

8. Federal Rule of Bankruptcy Procedure 1007(b)(7) establishes the applicable certificate requirement.

9. Rule 1007(c)(4)(A) ordinarily requires filing the certificate within sixty days after the first date set for the meeting of creditors, unless the Court extends the filing period.

10. Rule 9006(b)(1) authorizes the Court, upon motion, to permit certain acts after expiration of the prescribed period where the failure to act resulted from excusable neglect.

11. In *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993), the Supreme Court explained that excusable neglect is an equitable determination involving all relevant circumstances, including prejudice, length of delay, reason for delay, and good faith.

12. Federal Rule of Bankruptcy Procedure 4004(c)(1) generally directs prompt entry of discharge when applicable deadlines have expired and no specified impediment remains.

## III. REQUEST TO ACCEPT LATE-FILED CERTIFICATE

13. Debtor respectfully acknowledges the untimely filing and requests that the Court exercise its discretion to extend the filing deadline retroactively.

14. Debtor has completed the required financial management education and seeks recognition of that completed requirement.

15. Debtor requests consideration of the circumstances surrounding the late submission, the duration of the delay, whether any party would be prejudiced, and Debtor's good faith.

16. Debtor is prepared to provide additional information or documentation concerning the late submission if requested by the Court.

17. Debtor respectfully submits that accepting the certificate, if the Court finds excusable neglect and sufficient cause, would further the purpose of the educational requirement and allow the bankruptcy case to proceed toward discharge.

## IV. REQUEST FOR PROMPT ENTRY OF DISCHARGE

18. Debtor seeks the financial fresh start contemplated by Chapter 7.

19. Debtor respectfully requests that the Court determine whether the late-filed certificate is the only remaining impediment to discharge.

20. If the Court accepts the certificate and determines that no other legal impediment exists, Debtor requests prompt entry of discharge pursuant to 11 U.S.C. § 727 and Rule 4004(c).

21. Alternatively, if additional requirements remain outstanding, Debtor requests that the Court identify those requirements and allow Debtor an opportunity to address them to the extent permitted by law.

## V. PRAYER FOR RELIEF

WHEREFORE, Debtor respectfully requests that the Court:

A. Grant a retroactive extension of the deadline for filing the financial management course certificate upon a finding of excusable neglect;

B. Accept the late-filed certificate as satisfying Rule 1007(b)(7);

C. Determine whether any additional statutory or procedural impediment prevents discharge;

D. Upon satisfaction of all applicable requirements, promptly enter Debtor's Chapter 7 discharge;

E. Alternatively, provide direction concerning any remaining deficiency; and

F. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**/s/ Curtis Parker**
Curtis Parker, Debtor Pro Se
2805 Wadley Lane
Dacula, GA 30019
(770) 369-6521
Curtis.Parker1776@gmail.com

Signature:______________________________________

Date: ~~October 21, 2026~~
November 3, 2026 CP

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I served the foregoing Motion upon the Chapter 7 Trustee, the Office of the United States Trustee, as follows:

Via Email to:

**Kyle A. Cooper**
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022
678-920-0793
kylecoopertrustee@gmail.com

**/s/ Curtis Parker**

Curtis Parker, Pro Se

Date: ~~October 21~~, 2026
November 3, 2026 CP