**IT IS ORDERED as set forth below:**

**Date: November 4, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v. | Contested Matter |
| TOYOTA FINANCIAL SERVICES, | |
| Respondent. | |

**O R D E R**

Debtor's *Emergency Motion for Expedited Hearing and Limited Preservation and Information Relief Concerning Repossessed Vehicle* [Doc. 69] came before the Court for hearing on November 3, 2026. Debtor appeared pro se and Kristi L. Smith appeared for Toyota Motor Credit Corporation. For the reasons announced on the record, it is

ORDERED that the Motion is DENIED.

**END OF ORDER**

**Distribution List**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Curtis Parker
2805 Wadley Lane
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Andrew D. Gleason
Lefkoff Rubin Gleason Russo Williams PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342