**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Curtis Parker**
1149 Autumn Glen Way
Dacula, GA 30019

**xxx–xx–0841**

Case No.: **25–61216–bem**
Chapter: **7**
Judge: **Barbara Ellis–Monro**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.



Barbara Ellis–Monro
United States Bankruptcy Judge

Dated: November 4, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 25-61216-bem
Curtis Parker Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 3
Date Rcvd: Nov 04, 2026 Form ID: 182 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Curtis Parker, 1149 Autumn Glen Way, Dacula, GA 30019-4842 |
| cr | + | 2017-1 IH Borrower LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25494904 | + | Afterpay, GPO Box 2269, Norcross, GA 30091 |
| 25494943 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: kyle.cooper@txitrustee.com | Nov 04 2026 20:18:00 | Kyle A. Cooper, Kyle A. Cooper Trustee, 120 Travertine Trl, Alpharetta, GA 30022 |
| 25494903 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2026 20:30:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25494902 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2026 20:31:15 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 25494905 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2026 20:30:38 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 25494906 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2026 20:31:11 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 25494908 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2026 20:30:57 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 25494907 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2026 20:31:02 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 25494909 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2026 20:18:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 25494910 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2026 20:18:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 25494912 | + | Email/Text: bk@avant.com | Nov 04 2026 20:28:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 25494911 | + | Email/Text: bk@avant.com | Nov 04 2026 20:28:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 25494913 | | Email/Text: bankruptcy@carter-young.com | Nov 04 2026 20:19:00 | Carter Young, 882 N. Main Street, Suite 120, Conyers, GA 30012 |
| 25494914 | + | EDI: WFNNB.COM | Nov 05 2026 00:54:00 | Comenity Bank/Jared, Po Box 182789, Columbus, OH 43218-2789 |
| 25494915 | + | EDI: WFNNB.COM | Nov 05 2026 00:54:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 25494917 | + | EDI: WFNNB.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 05 2026 00:54:00 | Comenitycapital/lxvisa, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 25494916 | + | EDI: WFNNB.COM | Nov 05 2026 00:54:00 | Comenitycapital/lxvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 25494919 | + | EDI: CCS.COM | Nov 05 2026 00:54:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25494918 | + | EDI: CCS.COM | Nov 05 2026 00:54:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 25494921 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2026 20:30:41 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25494920 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2026 20:31:10 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 25494922 | | EDI: GADEPTOFREV | Nov 05 2026 00:54:00 | Georgia Department of Revenue, 1800 Century Boulevard, Suite 9100, Atlanta, GA 30345 |
| 25494924 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 04 2026 20:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 25494923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 04 2026 20:18:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 25494926 | | EDI: IRS.COM | Nov 05 2026 00:54:00 | IRS, Attn: Insolvency Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25494927 | | Email/Text: govtaudits@labcorp.com | Nov 04 2026 20:18:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 25494931 | | Email/Text: ml-ebn@missionlane.com | Nov 04 2026 20:17:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 25494930 | | Email/Text: ml-ebn@missionlane.com | Nov 04 2026 20:17:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 25494929 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2026 20:18:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 25494928 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2026 20:18:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 25494932 | + | EDI: AGFINANCE.COM | Nov 05 2026 00:54:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 25494933 | + | Email/PDF: ProsperBKDetection@resurgent.com | Nov 04 2026 20:30:58 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 25494934 | + | Email/PDF: ProsperBKDetection@resurgent.com | Nov 04 2026 20:30:58 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 25494936 | + | Email/PDF: ProsperBKDetection@resurgent.com | Nov 04 2026 20:31:12 | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 25494937 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Syncb/Rooms To Go, Po Box 71757, Philadelphia, PA 19176-1757 |
| 25494938 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 25494939 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 25494940 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 25494942 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 25494941 | + | EDI: SYNC | Nov 05 2026 00:54:00 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |

| | | | | |
|---|---|---|---|---|
| 25494944 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 04 2026 20:18:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 25494945 | | Email/Text: bankruptcy@uprova.com | Nov 04 2026 20:18:00 | Uprova Credit, 635 E Hwy 20 V, Upper Lake, CA 95485 |
| 25495546 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 04 2026 20:19:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25494925 | * | Internal Revenue Service, 401 West Peachtree Street, NW, Stop 334D, Atlanta, GA 30308-3539 |
| 25494935 | *+ | Prosper Funding, Llc, 221 Main Street, San Francisco, CA 94105-1906 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Toyota Motor Credit Corporation agleason@lrglaw.com |
| Kyle A. Cooper | kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor 2017-1 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4