**IT IS ORDERED as set forth below:**

**Date: November 4, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| CURTIS PARKER, | CASE NO. 25-61216-BEM |
| Debtor. | CHAPTER 7 |
| CURTIS PARKER, | |
| Movant, | |
| v.<br>TOYOTA FINANCIAL SERVICES, | Contested Matter |
| Respondent. | |

**O R D E R**

Debtor's *Emergency Motion for Expedited Hearing and Limited Preservation and Information Relief Concerning Repossessed Vehicle* [Doc. 69] came before the Court for hearing on November 3, 2026. Debtor appeared pro se and Kristi L. Smith appeared for Toyota Motor Credit Corporation. For the reasons announced on the record, it is

ORDERED that the Motion is DENIED.

**END OF ORDER**

**Distribution List**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Curtis Parker
2805 Wadley Lane
Dacula, GA 30019

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Andrew D. Gleason
Lefkoff Rubin Gleason Russo Williams PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342

United States Bankruptcy Court
Northern District of Georgia

In re:
Curtis Parker
Debtor

Case No. 25-61216-bem
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Nov 04, 2026 Form ID: pdf471 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Curtis Parker, 1149 Autumn Glen Way, Dacula, GA 30019-4842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Curtis Parker&line_sep;2805 Wadley Lane&line_sep;D |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Toyota Motor Credit Corporation agleason@lrglaw.com |
| Kyle A. Cooper | kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor 2017-1 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | |

ustpregion21.at.ecf@usdoj.gov

TOTAL: 4